## A

**ability** 65:9 106:2,3
116:15 125:21
**able** 5:16 21:14 22:22
31:18 39:8 55:23 61:2
61:20 65:11 68:16
69:22 70:15 72:18,20
76:3 81:9 86:22 95:10
106:22 107:2 117:21
121:16 122:22 124:12
127:19
**accident** 14:10 15:16,25
19:20,23 21:2 26:2,5,7
26:10,12,15,16,18,21
26:23,25 27:6,12,22
28:3 30:2 31:2,7 32:5
33:3,23 40:8,10 42:10
42:15 44:25 46:9,22
47:17,22 48:13 49:15
63:22 65:5,20,23 66:25
67:11 70:2 75:2 77:6
84:22 86:13 87:15,21
88:22 89:24 98:4,7
111:14 112:9,14 115:22
116:2,24 119:2,12
121:17 123:25 124:16
124:19,22 125:16
**accomplish** 102:21
**accurate** 18:14 50:21,23
54:7 60:21 76:15 95:3
111:18
**acknowledge** 112:24
**action** 134:13
**active** 126:21
**activities** 24:12,13,17,18
24:25 69:14 124:3,13
127:18
**activity** 69:13 126:22
127:11
**Adderall** 130:25
**adding** 121:5
**addition** 38:13 39:9
59:11 130:16
**additional** 38:19
**address** 4:10 10:16,18
15:10 19:7,12 43:2,2,6
45:17 85:21 86:16

87:15 98:20
**afraid** 76:12
**agency** 68:6,9
**ages** 12:10
**ago** 27:16 29:14 39:15
41:19 51:6,14,21 61:7
90:11 91:4
**AGREED** 3:5,13,19
**ahead** 5:4 37:15
**aids** 112:9,13
**air** 54:10,13,14
**Alan** 11:22 109:10,11
**alcohol** 40:8
**Alel** 12:7,11 15:4
**alive** 126:21
**allege** 26:14,16
**alleged** 26:25 27:5,11,22
**alleging** 26:4,9
**allow** 5:14
**allowed** 8:3
**Alyssa** 105:15
**Ambien** 129:8,14
**ambulance** 56:5,8,14
60:11 62:9 63:25 64:11
70:3,4,14 71:14,18,19
71:21 72:4,5,10,18,25
73:13,16 74:4,6,13 75:5
75:16,25 76:10,20 77:9
77:20
**amenable** 58:5
**American** 56:2
**Amethyst** 85:16
**amount** 109:17,22,23
**amphetamine** 129:15
130:21
**analyze** 53:14
**Anatomy** 22:18
**Andrea** 1:17 4:11 6:18
133:16 135:21
**and/or** 51:23
**answer** 5:6 51:19
**answered** 5:5 71:12
**answering** 71:11
**anybody** 50:8 70:10
87:16
**anymore** 93:17 101:14
101:16 108:17

**apartment** 4:12 15:18,19
**applied** 6:19 15:9 99:23
**apply** 99:2,7
**applying** 120:7
**appointment** 66:9,12
101:21
**appointments** 66:6,21
94:17 101:25 102:3,7
**appreciate** 9:25
**approved** 114:12 115:11
**approximate** 14:11
109:22
**approximately** 8:22
11:12 14:16 15:5 18:10
19:15 20:12 21:6,10,24
22:12 25:5,6,14,15 28:7
31:10 32:25 33:5 39:19
40:3,18 41:6,15,20 42:2
42:15 44:11,23 45:7
46:7,12,15 47:8,13
48:11 53:24 54:6,18
55:16 57:17 60:5 62:8
66:17 72:5 76:9,17
77:14,16 80:2,6 81:3,18
83:17 87:6 91:2 94:25
95:2 96:14 101:17,24
103:5 118:9
**April** 6:20 94:13,14 95:2
95:4 100:13 110:15
**area** 28:12 57:12,13
**areas** 59:9
**arguing** 62:22 79:16
**argument** 62:25
**arm** 49:7 53:19 73:23
**arms** 53:22 103:9
**arrived** 70:3 71:14 72:4
75:6 78:4
**ASA** 16:25 17:4 20:18
**aside** 15:22,25 24:18
25:22 26:21 53:17
58:16 59:9 93:8 108:23
118:22 119:9 128:23
**asked** 56:10 71:12 74:7
74:20,22 78:16 79:20
86:15 87:16 102:21
104:15 112:7 123:11
**asking** 4:20 23:6 26:17

28:23 37:3 40:25 75:22
78:13
**assemble** 120:24
**assigned** 111:21
**assist** 48:23 49:3,13
61:10 123:21,22
**assistance** 49:9 99:2,8,15
99:19,24 100:4 104:12
108:24
**assistant** 17:13
**assisted** 61:8 81:13 109:7
**assisting** 69:12
**ASSOCIATES** 2:9
**associate's** 16:9 17:12
**assume** 36:17 67:14
**assuming** 55:12
**ate** 41:12,13,14 42:20
**attachment** 104:5,7
**attempt** 37:19 51:10 61:3
88:7,7
**attempted** 18:17 20:7
104:23 117:2,4
**attempting** 33:20
**attend** 17:5,8 18:6 19:18
118:6
**attendant** 68:5
**attended** 16:12,24 21:2
113:18
**attending** 18:13 19:5
24:11 110:14 124:6
**attorney** 4:19 5:2 109:6
**attorneys** 2:10,16 3:7
87:20
**August** 106:13
**authorization** 96:5,8
98:20,22 104:8 105:7
108:20 128:21 132:3
133:12
**authorizations** 94:5
132:25 133:5,8,9
**authorized** 8:9
**automobile** 26:22
**avenue** 2:11 28:13,14,14
28:25 29:8,17,18,19
31:4,5 35:8,9,14 36:23
36:25,25 37:4,7,8,10,20
42:23,24 43:8,21,22,23

**citizen** 6:24 7:3,6,11 8:9 14:18
**citizens** 14:14 15:6
**citizenship** 6:19 14:20 15:8
**city** 5:22,25 13:12 125:4 125:6 130:8
**claim** 108:6,9,14 109:7 110:9,13,25
**Claims** 108:21
**class** 20:5 21:25 22:6,11 22:14,18,20 24:23 118:24 119:10
**classes** 22:2,9,9,10,17,19 23:21 24:22 117:10 118:2,5
**Claterman** 104:20
**Clayman** 104:19
**clean** 35:24
**cleaning** 121:15
**clear** 15:15 51:21 112:8 119:8
**cleared** 82:5
**clearly** 61:22
**client** 36:12 45:11 68:19 116:8
**clients** 117:14
**close** 35:12 86:12 90:6
**clothes** 46:21
**clothing** 47:2
**cloudy** 30:12
**clubs** 25:2
**coat** 46:23 47:7,9 70:21 73:23
**coffee** 45:4
**cold** 30:4,8 66:11 93:5 123:8,16
**coldest** 30:3,4
**college** 16:8,9,10,12,14 16:18,25 17:2,6 20:18 106:6 124:8 128:3
**colleges** 16:23
**color** 33:25 38:8 39:13
**come** 35:12 60:9 84:21 96:22 102:6
**comfortable** 22:24 120:7

**commenced** 7:17
**common** 41:25
**communicate** 74:22
**communicating** 70:9
**communication** 24:5
**comp** 103:21
**company** 103:17 108:13 108:16
**compared** 49:16
**compensation** 94:22 99:22 106:20 108:6,14 108:23 109:6,9,13 113:17,19 114:18,21,25 115:7,9,11,14,17
**complained** 88:12 89:6 97:16
**complaints** 88:4
**complete** 5:14 21:14
**completely** 83:20
**complicated** 107:4
**coms** 130:22
**concentrate** 95:11 129:15
**concentrating** 114:17
**concussion** 80:15 86:19
**condition** 84:19 120:8
**conditions** 29:25
**confirm** 10:23
**confused** 55:14
**consciousness** 55:6
**consist** 23:23 24:7 69:11
**consisted** 120:22
**constantly** 124:6
**consult** 5:2
**consumed** 40:8
**continue** 114:10
**continued** 75:21
**control** 83:14
**controlling** 34:2 37:23 38:8
**controls** 31:19
**convicted** 13:23
**convince** 66:8
**convinced** 113:3
**cooking** 121:15
**coordination** 83:16
**copy** 9:2,5

**core** 57:15
**corner** 32:2,10 36:10,12 39:23,23,24 40:3 45:19 52:25 53:2,3
**correct** 18:16 19:16,17 21:4 24:2 35:18 37:4 37:13 39:6,17 41:21 43:14 45:13 46:13 48:21,22 49:10,11 51:16 60:3 79:24 81:7 83:7 90:12 96:10 111:13 124:20
**CORRECTION** 135:2,3
**corrective** 48:9
**cost** 15:9
**couch** 82:11,11
**counsel** 10:22 94:5 132:24
**counselor** 106:17 120:6
**count** 41:23 57:25 71:22 103:10
**counted** 24:20,24
**counting** 121:4
**couple** 42:24
**course** 21:18 22:23 23:22 90:8 111:25
**courses** 21:3,15 23:4,8 24:6,18 104:22 117:15 117:16
**court** 1:1,19 5:10,15 6:10 113:12,15 118:3,4
**coverage** 84:10,11 99:17 99:22
**covering** 106:7
**cream** 41:14
**credit** 24:24
**credits** 20:14 21:20,22 21:23 25:5,8,9,14
**crime** 13:24
**Cropsey** 42:23,24 43:8,9 43:17,25 44:14,20,24
**cross** 28:18,24 31:13,22 33:7,9,14 36:23 37:2,12 38:11,21 43:11 45:18 132:16
**crossing** 28:14 31:4 32:6 33:14 37:16

**crosswalk** 33:23 36:11 39:24 54:3
**CT** 78:24,25
**current** 11:2 14:2,8 15:10 133:3
**currently** 8:16 9:11 12:14 15:23 17:23 89:23 91:2 113:24 129:3
**cursing** 63:2,3
**cut** 56:17 57:4 70:22
**cuts** 56:25 57:3
**CVS** 98:2 108:3 128:23 130:15,16 131:13,25
**c-i-t-a-l-o-p-r-a-m** 130:10
**c-k** 13:3
**C-r-o-p-s-e-y** 43:9

**D**

**D** 4:2 29:16,20
**daily** 130:11 131:6
**damage** 65:19
**damaged** 63:22
**dark** 80:5
**date** 1:21 5:18 10:18 14:10 15:25 28:2,5
**daughter** 12:7 80:10 86:17 96:22 126:24
**day** 21:25 28:8 29:25 30:4,8,12 40:19 41:10 42:10,16 46:12,22 66:5 66:11 84:9,22,25 85:2,8 91:11 102:25 103:3,6 118:7,14,18,24 119:10 123:6 133:18 134:17 135:24
**days** 66:21 68:25 69:3,5 69:9 105:2 118:5 121:12 129:9
**December** 111:23,23
**decide** 120:5
**decided** 113:12
**decision** 114:19
**decrease** 110:2
**defects** 42:11
**defendants** 1:7 2:16 4:19

**exact** 24:25 43:2 53:8,10
**exactly** 22:16 35:2 41:23
  42:20 49:4 52:17 53:2
  61:22 89:19
**exam** 48:12,16
**examination** 1:17 3:9,15
  4:7
**examined** 4:5
**example** 13:12 23:8,10
  38:16 49:17,23 52:14
  54:15 65:24 78:10
  82:13 84:4 89:16
  121:10
**Excellence** 16:25 17:4
**Excuse** 30:14
**exercise** 90:22,22 91:10
  93:2 102:12,14 103:8
  122:18 124:2 126:22,22
**exercises** 90:18 91:14
  92:24 102:11,15,24
  103:6 114:16
**expenses** 99:19
**expensive** 86:23
**expires** 10:21
**explained** 106:21
**extended** 74:16
**extracurricular** 24:17
**eye** 48:12,16
**eyes** 80:23 81:14 123:16

**F**

**F** 2:20 25:21
**face** 88:13 123:9,17
**facility** 93:20,22 98:12
  100:7,17,18 101:7,10
  101:25 102:11,13
  103:23 104:16 111:2
  133:5
**fact** 95:10
**fail** 18:20 20:4,5 21:16
**fair** 125:23
**family** 123:10
**far** 25:7 39:19,25 40:4
  47:8 53:25 54:18 64:6
  86:21 117:8
**fast** 39:4
**fault** 61:14,17

**February** 6:21 7:8 92:16
  96:14 99:21 101:19
  113:22,23,25
**feel** 57:12 58:7,10,12
  59:10 88:19,24 89:16
  97:6 117:20 126:19
**feeling** 57:15 88:9 91:7
  96:19
**feelings** 83:18
**feels** 83:4 97:7
**feet** 33:2,5,9 40:5,5 49:19
  54:4,6,15
**Fegs** 104:8
**fell** 54:20 81:21 83:15
**felt** 59:10 71:8 83:6
**fibromyalgia** 97:20,22
  122:8
**Fifteen** 121:12
**figure** 102:3
**figured** 82:15
**file** 2:19 108:5,9,25
  110:8,12,25
**filed** 67:10,24 109:4
  110:10
**filing** 3:15 109:7
**fill** 97:24 107:25 111:2
  128:25
**films** 27:6,12 78:22 79:3
  79:23 100:7,10 128:14
  128:16
**find** 85:19 127:19
**fine** 8:16 15:4 16:22
  19:14 23:19 33:12
  46:20 130:2
**fingers** 122:14
**finish** 16:10 20:18,19
  21:12 122:12 127:24
**finished** 21:11
**first** 4:3 7:25 11:8,11,20
  11:23 12:4 35:18 38:23
  39:21,22 40:2 41:2
  42:3,5 46:11 50:8,9,23
  58:12 78:9,14 82:2
  87:4,20 88:19 90:4
  92:2,13 94:12 95:16,25
  96:11 101:18 111:16,20
  112:18 113:6 116:4

  117:5 127:16
**five** 15:12,20 33:10 89:3
  118:11 122:25
**Five-four** 14:3
**flight** 69:21
**flipped** 54:12
**floor** 2:17 56:23
**flown** 64:7
**fly** 64:2
**flying** 50:19
**focusing** 114:16
**follow** 133:7
**follows** 4:6
**food** 16:16,20 68:21
  99:18,23
**foot** 27:23 46:4 53:16
  89:22
**force** 53:20,21 104:24
**forced** 22:25
**foresee** 116:9
**forgetting** 96:20
**forgive** 76:14
**forgot** 91:17 94:8
**form** 3:21 23:13 125:19
**formulas** 107:4
**forth** 134:8
**found** 56:19 86:22,24
  130:12
**four** 57:22 66:19 117:22
**four-inch** 58:4
**fracture** 65:10,15 67:3,3
**fractures** 126:3
**Friday** 44:15,15 69:6
  112:3
**friend** 86:12
**front** 49:17,19 52:14,17
  52:20 53:8,10,19 59:5,7
**fuller** 61:23
**fully** 23:3,7 102:20
**furry** 46:24
**further** 3:13,19 33:16
  132:8,18 134:12
**future** 115:13
**F-e-g-s** 103:23

**G**

**generic** 130:24

**gesture** 5:9
**getting** 45:5 89:13
**girl** 60:18 61:7,25 62:22
**give** 5:9 68:16 70:19,20
  71:3,5 73:15,18 79:7
  80:12 83:24 87:15,17
  97:22 99:17 102:13
  103:18 105:9 106:15
  110:16,17 113:2 117:5
  127:4 129:23
**given** 94:2 134:10
**glass** 59:20,22
**glasses** 48:8
**go** 5:4 20:6,7 22:4 30:16
  33:9 35:15 36:19 37:15
  41:23 44:19 45:4,8
  46:18 66:8,12 69:25
  79:12,12 84:2,14 85:10
  86:22,24 94:4 96:15
  104:24 106:3 110:24
  113:12,14 116:12
  117:14 123:9,18 126:14
  127:6 128:3,24 133:3
**God** 63:7
**goes** 43:22 47:9 68:22
  122:15
**going** 4:20 14:21 18:20
  23:12 28:15 32:14,22
  36:8,13,17,20 43:2
  46:19 50:16 51:17
  53:15 59:13 60:9 65:24
  66:2,9,11 70:22 71:7
  79:11 91:11 94:4 97:5
  104:3 105:6 109:5
  110:21 111:12 115:18
  115:21 116:10 123:4
  125:18 126:23 127:21
  127:23 128:2,3,4,5
  132:10 133:3
**gonna** 35:15
**good** 4:14,16,16 15:3
  27:21 32:19,23 33:3
  38:25 39:11 72:22 73:6
  79:20 101:12
**Gosh** 42:23
**GPA** 25:19
**grade** 25:17

keeping 36:16
kept 23:3,7
key 64:24
kick 18:20
kind 8:6 17:19 22:14
  50:17 52:4,20 53:3
  55:12 64:24 73:9 79:19
  83:14 89:13 97:8
  101:14 117:18 120:24
  122:23 127:15
kinds 75:23 93:3 96:24
Kings 92:8,14
knew 36:20 67:21 80:18
  86:14 87:16
know 4:24 5:3,13 6:4
  7:17 8:15,15,19 9:4,6,7
  9:19,23 10:22 12:25
  13:3,10 16:15 19:7
  20:11 23:25 25:4,6
  29:7 31:10 32:13,15,16
  32:20,23 33:5,9,11,13
  34:15 35:6,11,13,15,16
  36:7 37:9,22 38:6,10,12
  39:2,3,5,11,12,19 40:3
  40:6 43:8,14,16,22
  45:17 46:24 50:20
  51:21 52:2,5 53:13,14
  53:20,21,23 54:18,21
  55:8,13,20 56:2,7,11
  59:19 60:8,16,20 62:5
  62:12,17,23 63:4,8,11
  63:12,20,23,24 64:3,4,5
  64:6,12 65:2,12,18,21
  66:17,23 67:9,10,15,16
  67:20,23 68:12 69:8
  70:6 71:11,13,23,24
  72:5,21 73:3 74:3,4,12
  74:15,17,25 75:5,8,19
  76:16,17,22,24,25 77:4
  77:23 78:5 79:10 83:3
  83:16 85:17,24,25 89:7
  92:11 94:3 95:7 97:9
  98:14,18 99:6 102:2,6
  102:21 105:13 107:22
  108:12 112:7 114:2
  115:20 116:11,13,17
  118:9,12 120:4,11

121:3 122:17 124:9
126:20 127:20 128:2,20
129:19 131:23
Kuhn 94:6 95:18 114:11
  119:16,22
Kuhn's 98:17,19
k-e-r 13:4
K-u-h-n 94:6

**L**

L 3:3
lab 23:9,23,24 24:3,4
labor 111:5,6
lack 34:8 130:6
ladies 30:16
lady 42:24 70:5,5,14
laid 82:9,21
land 76:14
landed 54:22 58:19
lane 38:14,19
lanes 38:13,18
language 107:7
Laughing 129:17
lawsuit 4:22 7:17 12:19
  25:22,24
lawsuits 67:11,24
lawyer 87:14,15,21
  97:14 109:10
lay 82:18 122:16,16,18
laying 73:10,12 82:15
lean 102:18,19
leaning 122:11
leave 51:13 54:15 64:9
  80:17
lecture 24:3
left 25:5 34:22 38:14
  44:18 45:8 49:18,20,20
  49:23 51:24 52:7,9,13
  58:19 64:25 80:7 81:23
  82:4 93:13 101:13
leg 27:23 53:20 67:3,3,5
  67:6 74:23 89:21
legs 47:8 58:25 91:13
  93:3 102:19 103:9
  122:19
length 22:23
Lenox 98:3 108:4 131:13

lenses 48:9
letter 90:3,4
level 24:22
Levinson 107:9,10,20
  115:10 119:16,21
Lexapro 97:23
library 22:4
license 9:12
lie 82:10,12
life 42:7 95:17 127:17,21
lift 58:14 72:18 81:12
  102:19
lifting 69:12 93:3
light 31:22 34:2,4,4,15
  38:3,5,7,8,10 61:11,11
  63:7
lights 31:23 37:23 38:3
  52:18 77:21
limbs 125:16,20,25
limitations 121:20
limited 123:18
line 33:9,14,14 58:2,11
  90:7 135:3
lines 121:23
listed 131:18
listening 48:6
lists 10:16 98:20
little 22:5 30:19 33:16
  44:17 56:17,18 58:22
  75:16 103:12 107:4
  122:2,9,19 127:19
live 12:14,20 15:11,23
  75:22 125:2
lived 15:11,16,19
lives 42:24 86:13
living 13:20
loans 106:7
located 45:20 77:13
  91:20 104:8 118:2
  131:13
location 32:23
locked 96:22
logical 106:23 121:6
long 11:12 15:11 18:4,6
  18:13 19:4,23 20:20
  21:25 22:12,18 24:11
  38:22 44:12,23 46:7

47:11 55:13 60:6,7,8,8
62:9,12 71:15,19,22,24
72:6,7 75:19,19 76:10
76:18 77:17 78:5 80:3
81:18 83:17 84:23 85:5
92:17 103:5 116:9
121:9 130:8
longer 22:15
look 10:10,23 34:22 36:4
  36:5,14 49:5 129:16,16
looked 34:23 36:9
looking 34:21 35:2,4
  36:3 55:18 60:22,23
  97:2
looks 6:16 10:20 50:16
  57:22 96:8 105:15
  131:19 132:4
lose 55:6 66:9
lost 126:8 131:21
lot 59:17 71:11 113:11
  121:4,7 123:3 124:7
low 24:22 106:25,25
lower 89:17,19
Ls 11:25
Lutheran 77:10
lying 60:6,10
Lyrica 131:21,24

**M**

machine 90:21 121:21
mad 61:19
main 58:15
making 36:14 38:19
MAKSIM 1:6
Malaspina 105:18 119:6
man 55:9,18,20,25 60:17
  61:18 70:11,13 78:12
Management 98:12,22
Manhattan 98:13,16,21
  99:12,13 100:8 101:3
  114:6 128:15 131:14
March 1:11 13:16
  110:15 113:24
MARIA 1:23 134:4,21
Marianna 12:7,11 14:19
Marina 95:19,20,22
  100:12 101:6 126:17

occur 72:19 75:6 79:24
  81:22,25
occurred 28:3,8,11 31:3
  31:7 32:5 34:21,25
  45:21 49:15 50:3 86:14
  110:3 114:3
October 8:24 10:21
  92:18 99:20 101:23
  125:9,9
offer 39:8 104:25
offhand 9:8
office 17:18 24:8 32:11
  32:11 45:5,9,15,19,20
  46:8 57:23 66:15 85:15
  90:16 91:19 92:7 98:18
  98:19 99:8,9 110:24
  118:4
officers 75:12 76:4
oh 8:24 18:15 19:19
  21:23 23:11 40:9 63:7
  71:3 88:11 103:20
  104:6 112:20 117:2
  125:12 129:14
oil 42:12
okay 5:16,17 7:10 9:19
  10:9 14:7 16:7,22
  19:22 24:10 29:11,13
  30:17,21,25 32:20
  34:20 35:22 39:14
  43:24 46:20 50:7 52:12
  52:22 58:16 62:2 64:23
  68:16 70:6 86:18 92:13
  95:6 96:2 99:3 104:13
  105:14 106:15 107:6,8
  107:25 110:12 111:25
  114:13 115:13 118:22
  121:9 122:7 126:25
  128:10 132:18
old 8:14 15:7 47:14,15
  47:16 119:24 133:2
Omega 68:10,11,13,14
  111:13,17 115:21 116:4
  116:25 118:24 119:10
  120:13
Omega's 118:4
once 95:2
ones 12:16 83:25

one-page 104:7
ongoing 84:5
open 88:13 96:23
opened 81:14
opposed 5:9
order 1:21 20:12 43:24
  75:7 79:17
organs 126:9,11,12
orientation 117:9,17,19
  117:20,25 118:24
  119:10
Orthopedic 91:21
orthopedist 107:12
Ossetia-Alania 5:24
outcome 134:15
outside 69:15,18 74:17
  113:10 123:9,19
overcast 30:10
overtime 118:17
O'Connell 2:20 4:8,18
  6:6 9:4 10:6,13 23:17
  30:21 40:24 57:24 58:3
  77:24 96:7 104:6
  116:11 125:22 127:6
  128:11,22 129:25
  130:19 132:2,7,20
O-m-e-g-a 68:13,14

## P

P 2:6,6 3:3
pack 70:21 73:20
packs 90:21 93:5
PAGE 135:3
paid 115:22 120:14
pain 58:7,10,12 59:10,10
  59:18 71:9 74:8,9
  78:17 82:25 84:17 88:5
  88:9,19,24 89:17,20
  97:3,9 102:17 107:13
  122:14 123:6,9,13,14
painkillers 79:7,9
pains 97:3 107:13
painting 127:12
palm 122:6
paper 85:19 108:18
parallel 43:21
paralyzing 97:7

parked 35:25
part 6:13 24:6 50:10
  51:22,24 52:13 54:25
  55:4 64:21 65:2 105:21
partially 119:18
participate 24:12,16
  124:2
participating 23:3,8
particular 55:3
parties 3:7 134:13
parts 26:4,9,14,19 59:11
part-time 117:23
passengers 62:6
passport 8:14,17,20,23
  9:3,5,8
patient 17:18
pay 106:4 116:5 118:17
PECK 2:15
Pecker 12:24
pedestrian 34:6
pedestrians 36:19
people 38:19 64:3 83:22
  93:8 127:14
perception 71:22
perform 17:15 107:3
  119:15 121:16
performance 105:4
  106:2,25
performed 118:25
  119:11 120:23
performing 119:24
period 71:20 74:16 92:23
  98:25 101:13
permanent 115:2,5
Perry 103:15,16
person 34:9 55:24 75:14
  83:15 90:7 126:21
personal 25:23 26:3
personality 106:9
personnel 70:4 74:5,13
  78:7 79:16
person's 55:21 56:11
pharmacies 128:25
pharmacy 98:2 108:3
  128:23 130:7,18,20
  131:4,8,13,23,25 132:3
  133:12

phone 47:23 84:13 130:8
  131:18
phonetic 97:15
phrase 23:14
physical 69:13,14 88:11
  90:11,14,17,23 91:3,9
  91:15 93:2 97:5 101:7
  102:8 105:3,8,10,13
  107:14 120:24
physically 69:23
pick 65:7 71:17
piece 85:18
Pildish 45:12 48:20 49:8
  49:16 50:4,13 51:4,5,13
  51:23 53:17 59:14
  62:18 63:8 65:23 66:5
  66:24 67:10,24 68:4
  69:2 71:20 74:14,19
  111:21 112:2 118:14
  132:11
Pildish's 63:18 65:5
pills 83:19
pinching 123:5
pizzeria 32:12
place 1:21 41:24,25
  42:25 49:18 120:7
placed 72:4 75:25
places 113:4
plaintiff 1:4,19 2:10 4:2
  10:14 25:23 130:4
  131:2,6,12
plaintiff's 132:24 133:2
plan 20:8
plastic 72:13,14
Plaza 19:9
please 4:10,23 9:25 16:6
  23:5 28:5 51:19 76:14
  79:20 90:2 125:17
plus 25:20
podiatrist 46:4,5,6 66:5
point 25:18 35:3 36:7
  54:11,14,16 55:7,9
  60:15 63:7 112:13
  115:19
police 71:25 74:25 75:3,6
  75:9,12,24 76:4,18,21
  76:22

111:22 112:17,18 117:3
119:20 120:21
**remembered** 93:16
**remind** 50:13
**rent** 15:13,14
**repeat** 7:4
**rephrase** 4:24 23:18
**report** 42:16,21 43:3,4
84:14 117:17
**reported** 88:3,10
**reporter** 5:10,15 6:10
129:24
**reports** 113:3
**represents** 4:19
**republic** 5:23 6:9,14 9:10
**requested** 73:21
**requesting** 114:10
**required** 121:2
**reserved** 3:23
**respective** 3:7
**responded** 75:2,3
**response** 63:5 79:19
**responses** 5:8
**rest** 84:4 127:21
**restored** 101:14
**restrictions** 23:2,7
**result** 19:22 89:24 108:6
125:16 126:9
**results** 67:23 106:16,22
**return** 20:8 116:25
**revealed** 88:5
**reviewed** 128:16
**Ridge** 77:15,15
**right** 13:11 18:2,3,15
19:14 23:25 25:19
34:23 36:10 45:12
49:23,25 50:2,12 51:15
52:11,12 53:5 55:3
57:24 60:12 64:17,18
64:23 67:6 71:6 72:8
77:24 82:25 89:4,4,21
94:21 100:23 107:24
111:24 122:5 132:6
**rightward** 58:22
**ripped** 63:23
**ripping** 123:4
**rise** 4:22 12:19

**rising** 57:16
**Rita** 1:3,19 7:15
**Road** 86:3
**room** 30:16 68:21
**rope** 124:10
**Rose** 1:17 4:1,11,14 5:1
6:1,18 7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1 102:1
103:1 104:1 105:1,7
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1,16 135:21
**row** 129:10
**RSO/Alania** 6:11
**Rubin** 128:8,16
**ruler** 57:23
**running** 124:5
**Rusk** 104:22,23 105:5,8

105:21 106:11 112:20
113:2 118:23 119:5,5,6
119:7 120:3,21
**Russia** 5:21 16:7,11,18
125:3,4
**R-u-b-i-n** 128:8

**S**

**S** 2:6 3:3,3 4:2
**salary** 115:23
**salt** 129:15 130:21
**Sarmat** 12:8,12 15:5
**Saturday** 69:6 84:23,23
**saw** 9:5,8 38:23 39:15,21
39:22,22 40:2 55:9
60:16,19 81:13,16
83:11 86:18 91:4 97:11
113:2
**saying** 41:4 102:7 114:19
**says** 130:11,22,24 131:5
131:14
**scale** 122:24
**scan** 78:23,24,24,25
80:20
**scarf** 55:11
**scene** 75:2 76:18
**schedule** 116:18
**scheduled** 115:14
**school** 16:8 112:5 127:24
**screaming** 50:14 59:15
62:21
**screen** 81:15 83:11
**screw** 120:25
**seaport** 91:5,21,24 92:8
93:11,23
**seated** 22:20
**second** 11:9 12:22 13:6
13:15,18,20 29:14
77:25 107:7
**seconds** 81:20
**section** 31:13,23 38:21
**Security** 7:19 109:2,4
110:5,8,17,21 117:18
**see** 36:16 50:25 51:2
53:22 59:13 60:19,20
70:10 74:19 75:15
76:20,21 80:23,23

81:15 85:10,13 87:4
90:3,6,7,8 92:2,13,20
94:12,19 95:4 96:15
102:9 106:22 116:8
124:25 129:17
**seeing** 83:21 94:9,23
112:21
**seen** 93:11 94:25 107:10
**semester** 20:3 21:3,7,15
21:21 23:22
**semesters** 20:4
**seminar** 117:17,19,20
**sending** 130:13
**sent** 104:19
**separately** 90:3
**September** 106:14 110:4
**service** 86:23
**session** 92:21 102:2
**set** 69:4,6 134:8,16
**seven** 18:11 46:19 54:4,6
107:5
**sewing** 127:12
**shape** 64:24
**SHAPIRO** 1:6
**SHEET** 135:2
**shoes** 47:12
**shop** 41:23
**shopping** 68:21 122:21
122:22
**short** 6:11 10:7 22:17
30:23 78:2 116:22
127:9
**shorter** 22:16
**shortly** 132:5
**shoulder** 79:17 82:25
100:15,15,20,22,23
101:11
**shoulders** 89:5 91:13
103:8
**showed** 10:14
**showing** 52:24
**sic** 85:20 96:3 107:23
**side** 32:18 33:8 49:20,20
50:2,12,12,20 51:15
52:7,7,7,9,10,11,12,13
52:18,19,19 53:5,6,13
58:20 59:6 64:23,25

**T**

T 3:3,3
tablet 130:11,22,23,23
  131:5,6,8,11,15,20
tablets 130:11
take 5:2,6,10,11,16 10:9
  10:23 20:4 21:20 22:13
  24:21,23 29:8 30:15
  40:12 68:23 69:21
  70:21,23 73:22,23
  78:21,25 104:22 107:17
  112:23 113:13 116:16
  124:16,24 125:8,24
  130:11,22 131:5,11,14
taken 1:21 10:8 27:7,13
  30:24 40:14 78:3 79:3
  100:7,11 116:23 124:23
  127:10 128:8,17
takes 44:16 83:2 86:23
  95:9
talk 5:14 88:12 106:17
  120:5
talked 78:14 84:16
taller 61:23
artrate 131:9
task 120:24
tasks 107:3 121:16
taught 91:10
taxes 120:18
tear 65:7
technician 16:19
technology 16:16,20
telephone 84:12
tell 28:5 74:9,11
telling 73:18 95:21
ten 11:14 33:10 57:19,20
  58:2 103:7,9
tend 89:20
term 130:6
terms 22:13
test 27:16 106:16
testified 4:5 39:14 41:18
testify 67:13
testimony 134:10
testing 106:10
tests 105:3 121:7
thank 4:16 10:12 37:14

132:21
therapist 91:5,9 92:3,9
  92:14,20 93:23 101:8
  102:8 105:8,11,13
  107:15
therapists 101:12
therapist's 91:16
therapy 88:11 90:11,15
  90:17,24 91:3 94:20
  97:5 107:15
thing 32:24 51:25 72:13
  72:23 122:13
things 17:22 39:2 49:6
  52:2 72:22,22 75:23
  78:13 88:7 93:4 94:20
  96:20,21,24 99:20
  102:21 106:24 107:6
  114:23 120:25 121:5,15
  122:9 127:19,20 128:2
  129:16
think 5:13 40:21 50:21
  51:14 54:5 60:21 61:6
  62:13,15 96:21 112:25
  115:9 127:14
thinking 106:23 111:13
  116:15
Third 99:10,10
thought 62:11 106:6
three 12:17,20 31:13,14
  41:20,22,25 44:4 69:3,3
  69:5 88:23 92:21 93:11
  124:15,18 127:23 129:9
throw 84:9
thrown 54:2
tickets 77:2
time 1:21 3:23 4:22 6:13
  7:2 11:9 12:18 13:21
  14:4 15:16 19:23 20:9
  22:8,13,20 23:5 27:21
  28:8 31:12 32:9 33:3
  33:23 34:12 36:14
  40:10,19 41:16 42:3,5
  42:16 45:8 47:17,22
  48:12 50:16,25 55:17
  57:6 58:8 60:11,25
  62:3,4,17 64:14 65:5,23
  66:20 67:14 68:4,7

69:17,19 71:20 72:3
  74:16 75:19,19 76:13
  76:19 80:7 82:4 84:10
  85:7 87:14,22,24 89:8
  91:4 92:23 94:24 98:25
  99:22 101:22 109:18
  111:14 113:8,9 115:21
  116:2 118:19,20 123:14
  124:4,7 126:5 127:25
  132:8,22 133:13,14
times 11:8 31:11,14,14
  41:20,22,24,25 44:4,5
  66:18,19 81:3,5,25 82:3
  92:19,21 103:7,9,10,13
tissues 127:3,5
Titan 130:6,17,20 131:3
  131:8 132:3 133:11
title 68:3
today 4:15 66:12 105:2
told 56:5 61:18 63:25
  66:7 67:6 71:3 74:24
  78:16 79:22 80:19,22
  84:20,21 93:21 95:20
  97:17 103:25 106:18
  119:14 120:6
top 51:25 52:3 55:9 89:4
  122:15
total 94:17 101:24 121:5
totally 96:20 119:17,21
  119:23 127:15
touch 48:25 65:13
trade 16:14,14
traffic 31:19 34:16,16
  37:22 38:13,18 60:13
tragedy 121:24
train 29:16,20,21,23
  44:5,6,7,9,20 90:5
training 102:5 104:25
  106:4,5 118:23 119:9
  120:20,23 121:9
trains 44:4
transcript 134:9
transfer 44:5,7
transferred 72:8
translate 16:15,21
trauma 79:15 80:16
  88:18

travel 38:7 124:16
traveled 33:6 41:19
  124:23
traveling 32:9 34:17
  35:11 36:22 38:12
  60:14 65:22 99:19
treat 92:17 94:6,15 96:11
  96:24 101:9 103:14
  105:19
treated 86:5 97:4 101:18
  107:12
treating 95:12
treatment 17:19 27:2
  70:2 78:6 79:5 86:20
  93:9 95:6 96:17 97:21
  98:11 100:2,5 101:4
  103:18 104:21 107:9
  114:11,15 122:17
trial 1:17 3:25
triangle 53:3
tried 66:8 82:18 117:2
trip 125:8
trips 125:13
TRM 108:21
true 134:9
try 23:16,17 64:25 67:14
  117:6
trying 50:13,17 52:16
  120:6 127:11,18
tuberculosis 27:10,17,19
turn 36:15,15 37:20 38:4
  38:4,14,14 74:21 96:21
turns 38:19
twelve 21:22,22 118:16
twice 40:22
two 11:8,25 12:5 18:4
  39:3,16 44:4 66:20
  81:5 82:3 103:13
  109:20,23 121:10 129:9
  133:12
type 8:5 39:12 46:2 48:9
  93:25 97:3,8 108:25
types 90:18 102:15
typically 118:15
t-a-r-t-r-a-t-e 131:10
T-i-t-a-n 130:7

### X

**X** 1:2,8
**X-ray** 27:6,8,9 79:23
  100:6
**X-rays** 27:16 78:22
  79:17

### Y

**yeah** 7:9 14:6,9 16:19
  17:25 19:11 23:20
  25:12 30:3 31:17 39:18
  41:11,22,25 46:4,6,23
  47:15 52:16 57:3 59:3
  59:7 61:9 63:2,16 66:2
  66:2,7 68:13,15,22
  70:13 72:12 78:24 80:4
  84:7 85:18 89:19 93:16
  93:24 95:20 96:10 99:9
  108:22 109:19 113:16
  113:20 124:11 129:8
**year** 13:9 14:19 18:8,9
  20:6 47:16 92:5 125:11
  125:12
**years** 11:14 15:7,12,20
  18:5 124:15,18
**Yellen** 112:25 119:5,6
  120:9
**yelling** 36:21 51:7
**Yman** 97:15
**York** 1:1,10,10,25 2:12
  2:12,18,18 4:5,12,12
  9:16 10:15 13:13 104:9
  104:10 134:5
**young** 61:24,25 78:12

### Z

**ZIS** 1:6
**zolpidem** 131:9
**z-o-l-p-i-d-e-m** 131:9

### $

**$100** 109:14,15,21 110:3
  115:16

### 0

**09-CV-4874** 1:5
**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** 7:21

### 1

**1st** 106:14
**1:00** 121:8,12 130:24
**1:10** 116:9
**1:32** 133:13,14
**10** 77:18 78:8 114:24
  123:2,3 131:8
**10th** 87:6,23 113:25
**10-milligram** 130:22
**10-year** 23:14
**10/28/61** 5:19
**10:20** 1:11
**10:30** 45:10
**10004** 2:18
**10026** 4:13 131:14
**10123** 2:12
**11** 28:9
**11:00** 46:18
**11106** 130:8
**115th** 4:11 108:3
**116th** 98:2 108:4 130:15
**12** 28:9 92:22 102:3
  118:18
**120** 25:9
**125th** 114:4
**127th** 99:11
**130** 131:13
**14-year** 23:15
**15** 77:19 105:2
**15th** 21:12 106:13
  108:11,11
**16** 12:12
**175** 14:12
**18** 10:21 12:11 15:7
**18th** 125:9
**190** 14:9,9
**1986** 11:9,12
**1998** 7:24 11:10 13:7
**1999** 7:24 13:7

### 2

**2** 131:4
**2.9** 25:20
**20** 40:5 61:24 83:3
  103:11 130:10
**20s** 61:24
**20th** 2:17 21:9 28:13,15

28:15,16 29:8,10,14,17
  29:17,18,18 35:13
  37:11 45:18
**200** 86:25 98:20
**2001** 13:16
**2002** 17:7
**2003** 17:8
**2004** 17:7
**2005** 6:20 111:18
**2006** 18:11 19:15 111:23
  111:23
**2007** 19:15 48:15
**2008** 19:18 20:3 21:2,8
  23:22 24:7 28:6 48:14
  87:8 99:20 100:16
  108:10
**2009** 6:20,21 7:7 8:24
  10:21 20:6,6 92:15,18
  94:13 95:3,4,21 96:13
  99:21 100:13 101:19,23
  106:12 110:4,15,23,23
  117:3 125:12
**2010** 1:11 18:14,15 92:6
  133:18 134:17 135:24
**2013** 10:21
**212-348-2199** 131:18
**22** 1:11 12:11
**24** 40:7,16
**247714083** 10:16
**25th** 28:15,15,17,20,22
  28:24 29:5
**26** 118:21
**27th** 44:10
**28** 10:21

### 3

**3** 25:20,20
**3.1178** 2:19
**30** 46:10 102:6,7 116:16
  116:20
**31st** 130:7
**3300** 2:11
**35-19** 130:7
**36th** 44:6,7 77:15

### 4

**4** 28:6

### 40

**40** 4:11 46:10 118:21
**44** 118:4
**45** 22:3 116:17
**450** 2:11 109:19,22
**4738** 98:15,22

### 5

**5** 1:9 2:17
**5th** 87:7,23 125:9
**50** 40:5 103:10
**500** 109:20
**55** 114:4
**57th** 94:7 98:21

### 6

**6:00** 41:5,7 42:15 46:12
  46:17 80:8
**60** 20:14 25:5,8,10,14,15
**650** 131:19

### 7

**7th** 2:11
**718-267-8063** 130:9

### 8

**8:00** 42:17 130:23
**80** 44:17 104:9
**800-block** 43:17

### 9

**9** 121:8,12
**9G** 4:12 15:18
**9.45** 116:3
**9:00** 41:17 42:17,19
**92** 8:6
**99** 11:10

EXHIBIT G

JDJ:JM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
RITA BAYTSAYEVA,

                    Plaintiff,

        -against-

MAKSIM SHAPIRO, SVETLANA ZIS,
HONDA LEASE TRUST, HONDA CORPORATION,
                    Defendants.
----------------------------------------X

**EXPERT RESPONSE
PURSUANT TO
RULE 26**

**09-CV-4874**

S I R S :

        PLEASE TAKE NOTICE that defendants by their attorneys hereby

reserve the right to call the following expert witness herein:

        Jerome Block, M.D.
        130 East 77th Street
        New York, New York 10075-1851

        Dr. Block is Board Certified in the field of neurology.  It is

expected that Dr. Block will testify *inter alia* that the plaintiff did

not sustain the injuries claimed in the bills of particulars and

responses to interrogatories, that the plaintiff did not need any medical

attention and that the plaintiff is not disabled in any way.

        It is expected Dr. Block will testify *inter alia* in accordance with

all of the films and records that he reviewed and in accordance with the

May 4, 2010 nine-page report, copy of which is annexed hereto and made

a part hereof.

        Dr. Block's curriculum vitae is annexed hereto and made a part

hereof.

Dated: New York, New York
       July 26, 2010

                                    _____
                                    JOHN M. DOWNING, JR. - 2518
                                    DOWNING & PECK, P.C.
                                    ATTORNEYS FOR DEFENDANTS
                                    17 Battery Place, Ste. 709
                                    New York, New York 10004
                                    (212)514-9190

```
TO:    MARTIN DRUYAN AND ASSOCIATES
       Attorneys for Plaintiff
       450 Seventh Avenue
       New York, New York 10123
       (212)279-5577
```

## JEROME M. BLOCK, M.D., P.C.

NEUROLOGY

130 EAST 77th STREET, 3rd FLOOR
NEW YORK, NEW YORK 10075-1851
—
Telephone (212) 434-6529 / (212) 289-0540
Facsimile (212) 434-2055

May 4, 2010

Michael F. O'Connell, Esquire
Law Offices of Downing and Peck
5 Hanover Square 20th Floor
New York, New York 10004

RE: <u>**RITA BAYTSAYEVA VS SHAPIRO, ETC.**</u>
DOI: 1/4/08

Dear Counselor:

The above named 48-year-old right-handed woman was seen for purposes of neurologic consultation today. I was not previously told nor did Ms. Baytsayeva inform me that her legal representative was to join us. The consultation therefore was started promptly, at the appointed hour of 10:45 a.m. We were joined by her legal representative at 11:12 a.m. Throughout the remainder of the evaluation that representative, Cathy Otero, was in attendance. I informed Ms. Otero that I had obtained a history and had just started the "hands on" physical examination.

I received a history from the claimant that she was injured on 01/04/08 when, working as a home health aide, she was escorting her client across a street. The client apparently was slow moving, requiring a walker. Ms. Baytsayeva indicates that she was struck from behind by a mini van. Impact was to her right side. She then fell backwards to the ground. She had a brief period in which she is uncertain of events, probably lasting several seconds. She does not believe that she was unconscious but merely surprised or stunned. She indicates that there was generalized pain in her head. She was uncertain of any other areas of pain.

Ambulance was summoned and she was transported to Lutheran Medical Center in Brooklyn. There was some mild bleeding from laceration or abrasion in the back of her head. This did not require sutures but was cleansed at the hospital. She was examined and had either CT scan or MRI of her head. She was informed that there was no intracranial injury or skull fracture and that there was no problem requiring her to be admitted to hospital. She continued to have headache, nausea and some vomiting. She adds that at the time of impact there was "black

vision" which lasted for several seconds, I believe this was the period of time during which she was uncertain of her surroundings.

Within a few days of discharge from the hospital we consulted with her private physician because of persistent headache, generalized back and right shoulder pain in particular. She indicates, however, that there were generalized pains throughout her trunk and limbs. She used a variety of medications taken by mouth, primarily propoxyphene. She also had injections into her lower back. She is uncertain if those injections were trigger point, facet joint blocks, epidural steroid injections or otherwise. She has been placed on Lyrica to combat a condition diagnosed as fibromyalgia. She does note that if she uses propoxyphene three times a day there is no back pain. If she does not take this medication she notes mild to moderate back pain which rapidly dissipates with rest and with use of that medication.

She indicates that she has strong thumping headaches with pounding in both ears and occasional generalized headaches. There is sometimes a yellowish discharge from the ears. This problem occurs approximately twice a week and lasts all day. She is unaware of any precipitating event except to remark more than once that if she has to yell at a 17 and 18 year-old children headaches will rapidly ensue.

She requires Ambien for sleep. She requires diazepam for anxiety. She apparently uses diazepam once or twice a day as "so many things" cause anxiety. She offers no other neurologic complaints expressed spontaneously. Only on careful review of systems she reports that after prolonged dish washing and/or prolonged exercising she has brief periods of numbness of her palms, not fingers, and toes.

She remarks that she has been unable return to work since the accident. She indicates that she has always been active and athletic. There have never been any significant medical problems or injuries aside from the fact that many years ago she was told of some thyroid dysfunction. She states it has not given her any problem for years.

She was appropriately disrobed and gowned for purposes of neurologic evaluation. Throughout the interview and examination

she is alert, well oriented, and cooperative. Her affect is somewhat flat. She has normal fluency with good command of English. She is certainly aware of the American political situation and changes in her native country of Russia. Her general knowledge was above average. There is no evidence of aphasia or paraphasia. Her speech is goal oriented. There is no defect in attention.

I examined her cranial nerves. The II through XII cranial nerves are normal on direct examination. Cranial nerve I is normal by history.

Sensation was tested using pinprick, light touch, cool thermal, vibratory and position stimulation. She appreciates all of these stimuli normally throughout.

Motor system examination reveals normal strength, tone, muscle bulk, gait, balance ability to walk on heels and toes alone, coordination and all cerebellar tests. She does not report pain in response to manual muscle testing in any area.

Her deep tendon reflexes are symmetrical at 1+ levels at triceps, biceps, radial, hamstring and ankles. They are symmetrical at 2+ level at the knees. No pathologic reflexes are noted.

Incidental to the neurologic examination and because of statement that there is occasional yellow discharge from the ears, I performed an otoscopic examination. I noticed nothing unusual.

With bilateral straight leg raising at 90 degrees she reports some mild ache in the popliteal space of either leg. Her spinal curvatures are well preserved. She showed full and painless cervical and lumbar ranges of motion except for report of discomfort with full lumbar extension. I find no evidence of paravertebral muscle spasm, trigger points, elicitable Tinel's sign over the superficial nerves, pain over sciatic nerves, notches or brachial plexii. Function of the autonomic nervous system is entirely normal as is remainder of the neurological examination.

I reviewed documents forwarded. In a Response to Interrogatory it is stated that she suffered back, head, neurologic, whole

body disabling and permanent injuries. She is unable to enjoy life, attend to family functions, everyday chores, and cannot cook. She must eat substandard frozen foods. She is unable to clean her apartment, bake desserts, sleep peacefully and has become forgetful. Her eyesight is impaired. Cognitive function is reportedly impaired. It is stated that she suffered from a concussion and all the above have caused inability to work. She is suffering from dizziness, headaches, concentration problems, inability to think clearly or cogently, loss of short and long term memory and depression. It is further indicated that she has cervical strain with exacerbation of preexisting degenerative changes. She has low back strain with evidence of disc herniation to the left at L1-L2. MRI of the brain obtained in February 2009 reportedly showed nonspecific white matter changes. Additional allegations include tenderness, tight bands, osteopathic somatic dysfunction of the cervical spine, right leg pain, back stiffness with pain generally at a level of 6 or 7 grades of intensity. Intermittent vertigo continues. She suffers from fibromyalgia with numbness and tingling of the hands, weakness and headache, musculoskeletal pain, blurred vision, tinnitus, night sweats, weight gain, chest pain and anxiety. She has required multimodality physical therapy because of brachial neuritis or radiculitis. There is pain throughout the spinal column.

Dr. Levinson performed initial physiatric consultation at Downtown Physical Medicine and Rehabilitation on 06/22/2009. She reported having neck and low back pain since 01/04/2008 when she was struck by a car and fell backwards injuring neck, back and head. She reported loss of consciousness but was uncertain of the duration of same. She has been under the care of a neurologist, psychiatrist and internist. She has multiple x-rays of face, lumbar spine, head, MRIs of head, cervical spine and lumbar region. Pain is unchanged since the date of accident, approximately one and a half years prior to this initial consultation. Sleep is disturbed. She has had difficulty falling asleep but she does not wake up during the night. She requires medication for sleep. Medication she used at that time included Lyrica and Lexapro. On examination she was able to rise and sit without assistance. She was walking without aids. Heel and/or toe walking were normal. There is normal cervical lordosis with decreased range of motion but no report of cervical pain. There was bilateral upper trapezius tenderness. Doctor indicates that muscle testing in the cervical spine was

"decreased." I am uncertain of the meaning of that statement. Muscle and joint testing throughout the upper extremities and neurologic examination of the upper extremities, including motor, sensory and reflex systems, proved to be normal. Lumbar curvature was preserved but range of motion was decreased as was muscle testing with bilateral paralumbar muscle tenderness and spasm. She had difficulty rising to a neutral position, presumably from a flexed position. Lumbar rhythm was normal as was bilateral sacroiliac mobility. Straight leg raising was bilaterally normal to 80 degrees. Neurologic examination of the lower extremities proved to be normal. Impression was of traumatic cervical and lumbar spine pain syndromes with "head strike." She was advised to continue using VESIV, continue to see the neurologist, continue her home exercise program and try Tramadol for control of symptoms. Dr. Levinson opined that she is moderately disabled. On 06/22/2009, there is documentation of functional range of motion and muscle testing with conclusion that there was some evidence of restricted motion with decreased strength at the 5- level in the cervical region and in the lumbar region.

Dr. Levinson reports in followup evaluation on 07/24/2009 that she continues to complain of head and back pain. She tried to go back to work but could not tolerate sitting for long periods. She had some relief with use of Tramadol which caused nausea. Doctor indicates that there is spasm and tenderness in the paraspinal muscles in the cervical and lumbar region with limitations of motion. Diagnoses now include cervical and lumbar spinal pain syndrome with headache. When seen on 01/04/2008 she continued to complain of headaches and low back pain and then added problems with memory and concentration. She felt physical therapy was somewhat helpful. She was using Darvocet and stated that her back felt better with flexion. Some painful limitation of motion along the spinal column is defined as before. The doctor does not report noting any neurologic abnormalities. That report was on 09/29/2009.

Subsequent report is dated 11/10/2009. Symptoms now include vertigo as well as problems with memory and concentration. Doctor reviewed report of lumbar MRI study of 08/04/2009 and reported the presence of large paracentral disc herniation at L1-2 with pressure along the thecal sac. There is small right foraminal disc herniation L4-5 with mild foraminal encroachment. There is marked exaggeration of the lumbar lordosis. Cervical

MRI was apparently obtained on the same date. Report indicates that there are annular bulges of disc at C5-6 and C6-7 with effect on the ventral thecal sac. Cervical lordosis is somewhat less than normal, possibly related to muscle spasm. Note of 12/28/2009 indicates she has neck pain and back pain. She has some relief consequent to use of Darvocet and Lyrica. She continues to work with VESIV and there is no change in symptoms or findings on 02/08/2010.

Dr. Rubin, a neuroradiologist, reported on 08/04/2009 that he reviewed magnetic resonance imaging of the cervical spine obtained on 04/02/2008. Doctor reports straightening of the cervical lordosis and endplate changes to the right side of C5-C6 vertebrae with disc space narrowing at that level. Anterior vertebral spurring is noted in the mid to lower cervical region. At C5-6 there was bulge which effaced this ventral subarachnoid space. At C6-7 there was bulge which attenuated the ventral subarachnoid space. There is no evidence of spinal stenosis and neural foramina were patent. There is small meningeal cyst in the left foramina at C6-7 and C7-T1. Spinal cord appeared to be normal.

Initial neuropsychiatric report by Dr. Kuhn is dated 07/13/2009. Doctor indicates she suffers from minor traumatic brain injury and post concussion syndrome which requires extensive evaluation by what he calls standard diagnostic test batteries inclusive of EEG, QEEG and evoked potentials (assessment and mapping of brain function). He also indicates she should have a comprehensive neuropsychological evaluation to assess mental dysfunction. The studies were to confirm diagnosis and help to plan a more accurate and effective rehabilitation program. He reports intake sessions, each lasting 1 hour and 15 minutes, took place on 06/03/2009, 06/10/2009 and 06/19/2009. He received a history that following being struck by the car she fell backwards and was briefly unconscious, regaining awareness while lying on the street. The head was heavy and painful. There was severe pain in the upper neck. She became frightened and agitated, worried about brain damage and thoughts of having blood clot along the brain. It is indicated that at hospital she spoke with difficulty because she could not move her jaw. She had some nausea. She was told to rise and walk and was unable to do so, blacking out, feeling dizzy and falling backward on to her bed. She went home with help of her daughter and noted repetitive nausea and inability to focus. There was vertigo even when

reclining.  She could not speak through the night.  She had nightmares about snakes.  Her mind was scattered with impaired concentration and memory.  She often sees double and has difficulty reading.

She then consulted with Dr. Miller who referred her for physical therapy.  Patient had complaints of ear pain and became depressed.  The claimant felt Dr. Miller did not listen to her complaints or take them seriously.  The claimant felt Dr. Miller was unprofessional in dealing with her.  The patient objected to Dr. Miller's treatment.  The doctor sent her back to work.

It is stated she consulted with Dr. Naestat, a neurologist, who stated MRI was positive according to the patient who continues to have difficulty recognizing objects visually. She is forgetful and memory is impaired. She cannot concentrate. Dr. Kuhn reviewed a report of MRI obtained with and without contrast on 02/13/2009. The study was normal.  Doctor describes the claimant is neatly dressed and subdued.  She was cooperative but appeared stressed and depressed. Affect was appropriate, thinking linear. She had difficulty finding certain words.  She did immigrate from Russia in 2003.  She appeared to be of average intelligence and performed well on subtracting 7s and reversing the spelling of WORLD.  She showed impaired short term memory, recalling only one or five nouns after five minutes.  She had problems with digit span, forward and backward.  She showed good conceptual understanding and ability to think and abstract metaphors. Doctor was impressed that there was impaired attention, concentration, and short-term memory on 06/23/2009.  She scored 38 on a test for depression, indicating the presence of severe depression requiring psychotherapy.  On a performance test doctor graded her as having a severe attention disorder.  His diagnoses include depressive disorder due to traumatic brain injury and chronic physical disability associated with attention, memory, and cognitive disorder as well as stress disorder.

Titan Pharmacy records filling prescriptions between 07/07/2009 and 11/23/2009 for zolpidem, diazepam, amphetamine and citalopram on several occasions.  It should be noted that zolpidem is Ambien, citalopram is Celexa, and diazepam is Valium.

I noted during the course of the neurologic examination, inclusive of observations made during the time that history was elicited, she showed no signs of pain or discomfort. Her movements were easy in sitting, rising, turning and looking about the room. There was no pain on palpation of multiple muscle groups. Her neurologic examination is clearly normal in regard to cognition, cranial nerves, sensation, motor and reflex systems as well as straight leg raising. She showed supple and full ranges of motion throughout the spinal column.

I find no evidence of fibromyalgia. I find no evidence of dysfunction of central, peripheral or autonomic nervous systems.

Her mood and affect are restrained or flattened. This may represent emotional factors and/or response to frequent use of Ambien and daily use of diazepam.

There is no objective evidence of neurologic dysfunction. Nearly two and a half years since trauma any neurologic problem consequent to that trauma would be evident.

There may be some posttraumatic depression. There is no sign of traumatic brain injury. She may well have been depressed prior to the accident, having migrated to the United States in 2003 and within a few years suffered a divorce. Two of her three children still live with her and at times they are helpful. At times she has to yell at them (reasons were same not discussed). When she must yell headaches are initiated.

I feel confident in stating that there is no continuing neurological abnormality. I note that if there was a period of unconsciousness it was quite brief, perhaps seconds. Her vision was black and she was shocked not knowing what happened. I doubt that there was full loss of consciousness. Any concussive injury would have been mild. If present at all, symptoms would long since have resolved.

I am confident in stating that no neurologic sequelae consequent to this accident will rise at anytime in the future.

I am prepared to discuss this matter with you if you require clarification.

The claimant was examined in accordance with the restrictive rules concerning an independent examination. It is, therefore, understood that no doctor/patient relationship exists or is implied by this examination. The claimant was examined with reference to the specific complaints emanating from the injuries. Any other medical condition, which are found unreported or unrelated to the original injuries, are to be considered beyond the scope of this examination.

I, Jerome Block, MD, being a physician duly licensed to practice in the State of New York, under the penalties of perjury, pursuant to CPLR 2106 do hereby affirm the contents of the foregoing.

Sincerely,

JEROME M. BLOCK, MD

JMB10050600863

| | |
|---|---|
| CURRICULUM VITAE | JEROME M. BLOCK, M.D. |
| OFFICE ADDRESS: | One East 87th Street |
| | New York, New York 10128 |
| TELEPHONE/FAX: | (212)289-0540/(212)289-3905 |
| PERSONAL DATA: | Birthdate: June 3, 1930 |
| | Birthplace: Brooklyn, NY |

## EDUCATION AND TRAINING

| | |
|---|---|
| UNDERGRADUATE: | |
| 1947-1951 | Dartmouth College – A.B. – 1951 |
| | Summa Cum Laude - Phi Beta Kappa |
| GRADUATE: | |
| 1951-1952 | Dartmouth Medical School |
| | Two Year Certificate with highest honors |
| | Basic Medical Science |
| 1951-1954 | Harvard Medical School |
| | M.D. 1954 |
| BOARD CERTIFICATION: | American Board of Psychiatry |
| | And Neurology - October 1961 |
| BOARD QUALIFICATION: | Rehabilitation Medicine - 1962 |
| POST GRADUATE: | |
| 1954-1955 | Mount Sinai Hospital - New York, NY |
| | Intern, "Rotating" Program |
| 1955-1956 | Mount Sinai Hospital - New York, NY |
| | Assistant Resident, Neurology |
| 1957 | U.S. Naval Hospital - Portsmouth, VA |
| | Chief, Division of Neurology |
| 1958-1959 | U.S. Naval Hospital - Yokosuka, Japan |
| | Chief of Neurology, Far East Command |
| 1959-1960 | Mount Sinai Hospital - New York, NY |
| | Chief Resident, Neurology |
| 1960-1962 | NYU School of Medicine - New York, NY |
| | Fellowship in Neurology - Rehabilitation |
| | National Institute of Health Grant |
| | Institute of Rehabilitation Medicine - NYC |
| | Teaching Fellow at Rusk Institute |

## PROFESSIONAL APPOINTMENTS

1961-1965          Mount Sinai Hospital, NYU Hospital and
                   Medical Center, Beth Israel Hospital
                   Adjunct Neurologist and Teaching Fellow

1965-1970          Mount Sinai Hospital, NYU Hospital and
                   Medical Center, Beth Israel Hospital
                   Associate Attending Neurology

1968-2004          Lenox Hill Hospital, NYC
                   Director of Division of Neurology
2005-Present       Emeritus Director of Division of Neurology

1972-Present       New York University Medical Center, NYC
                   Associate Attending, Department of Neurology

1972-Present       VA Hospital, Bellevue Hospital, NYC
                   Attending Neurologist

## ACADEMIC APPOINTMENTS

1962-Present       New York University Medical Center, NYC
                   Consultant to Head Trauma Service
                   Rusk Institute of Rehabilitation Medicine

1972-Present       New York University Medical School, NYC
                   Clinical Professor of Neurology

## SOCIETIES AND PROFESSIONAL

MEMBERSHIPS

FELLOWS:           American college of Physicians
                   American Academy of Neurology
                   American Congress of Physical Medicine
                   and Rehabilitation

MEMBER:            Eastern and Metropolitan EEG Society
                   American Congress of Geriatric Medicine
                   American Medical Association
                   New York State Medical Association
                   New York County Medical Association
                   Association for Research in Nervous
                   and Mental Disease

## HONORS AND AWARDS
1970, 1974         Attending of the Year, Department of Medicine
                   Lenox Hill Hospital

## INSTITUTIONAL RESPONSIBILITIES

### LENOX HILL HOSPITAL

| | |
|---|---|
| 1967-Present | Attending in Charge, Neurology<br>Teaching and Administration, Half-time |
| 1977-1979<br>1986-1988 | Senior Elected Staff Representative to the<br>Medical Board |
| | Lenox Hill Hospital Committees on: |
| 1977 | Selection of Chief of Surgery |
| 1977 | Selection of Chief of Emergency Services |
| 1978, 1988 | Selection of Chief of Radiology |
| 1985-1986 | Selection of Chief of Psychiatry |
| 1985-1986 | Alumni Association, President |
| 1986-1988 | Elected Representatives from the Department<br>of Medicine to the Medical Board |
| | Committees: |
| 1968-1979 | House Staff Interviews |
| 1974-1976 | Home Care, Chairman |
| 1975-1978 | Education |
| 1976-1978 | Planning |
| 1976-1978 | Development |
| 1977-1978 | Affiliations |
| 1977-1978 ~ 1986-1988 | Joint Conference |
| 1979-1980 | Nursing Services, Chairman |
| 1986-1987 | Board of Trustees, Member ex-officio |
| 1986-1987 | Secretary of the Medical Board |

### NEW YORK UNIVERSITY MEDICAL CENTER

| | |
|---|---|
| | Committees: |
| 1977 | Selection of Professor and Chairman,<br>Department of Neurology |
| 1979 | Selection of Professor and Chairman,<br>Department of Rehabilitation Medicine |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )

COUNTY OF NEW YORK  ) ss.:

**Joan M. Mahler**, being duly sworn, deposes and says: I am not a party of this action, I am over 18 years of age, and I reside in Kew Gardens, New York.

That on August 6, 2010, I served the within **EXPERT RESPONSE PURSUANT TO RULE 26** by mailing a copy to each of the following persons at the last known address set forth after each name below:

To:  Martin Druyan, Esq.
      Attorney for Plaintiff
      450 7th Avenue - Suite 704
      New York, New York 10123
      212-279-5577

_Joan M. Mahler_
JOAN M. MAHLER


STATE OF NEW YORK      )
COUNTY OF NEW YORK  ) ss.:


    On the 6TH day of August in the year 2010 before me, the undersigned, a Notary Public in and for said State, personally appeared **JOAN M. MAHLER** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

NOTARY PUBLIC

JOHN M. DOWNING, JR.
Notary Public, State of New York
No. 30-4945877
Qualified in Nassau County
Commission Expires January 27, 20

*09-CV-4874*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
RITA BAYTSAYEVA,

             Plaintiffs,

     -against-

MAKSIM SHAPIRO, SVETLANA ZIS,
HONDA LEASE TRUST, HONDA CORPORATION,

            Defendants,

---------------------------------------X


## EXPERT RESPONSE PURSUANT TO RULE 26


**DOWNING & PECK, P.C.**
*Attorneys for Defendants*
*Office and Post Office Address, Telephone*
**17 Battery Place, Ste. 709**
**New York, New York  10004**
**212-514-9190**

EXHIBIT H

## DAVID A. FISHER, MD
### DIPLOMATE, AMERICAN BOARD OF RADIOLOGY
430 Chestnut Drive
Roslyn, New York 11576
Tel: (516) 801-1237

June 8, 2010

Attn: Marguerite D. Peck, Esq.
Downing & Peck, P.C.
Attorneys and Counselors at Law
5 Hanover Square-20[th] Floor
New York, NY 10004

**Re: Rita Baytsayeva v Shapiro, et al**
**DOA: 01/04/2008**
**File #: 31210**

Dear Ms. Peck,
At your request, I have reviewed radiology films and/or medical records concerning the above-referenced file.

## MRI of the Cervical Spine (East Manhattan Diagnostic Imaging 4/2/2008):

**Technique:**
T1 and T2 sagittal and axial oblique sequences were performed.

**Findings:**
The cervical vertebral bodies are normal in height and alignment. There are diffuse degenerative changes throughout the cervical spine, most pronounced at the C5/6 and C6/7 levels. This is manifested by disc dehydration, disc space narrowing and endplate spurring. There are accompanying mild bulges at both of these levels. There is no significant mass effect on the thecal sac, cervical cord or nerve roots. There are no disc herniations. The craniocervical junction and cervical cord are normal in appearance and there is no evidence of spinal stenosis or fracture.

**Impression:**
Diffuse degenerative changes, most pronounced at the C5/6 and C6/7 levels.


## SUMMARY:

At your request, I have reviewed an MRI of the cervical spine which was performed four weeks following the date of loss. There is clear evidence of degenerative changes throughout the cervical spine, most pronounced at the C5/6 and C6/7 levels. These changes are unlikely to have developed in the short interval between the accident and the study and in my opinion represent a preexisting condition. There are no disc herniations. The disc bulges noted are compatible with the amount of degenerative change present. There is no radiographic evidence of traumatic or causally related injury to the cervical spine.


## MRI of the Lumbar Spine (East Manhattan Diagnostic Imaging 3/16/2009):

**Technique:**
T1 and T2 sagittal and axial oblique sequences were performed.

1

**Findings:**
The lumbar vertebral bodies are normal in height and alignment. There are mild diffuse degenerative changes throughout the lumbar spine, most pronounced at the L1/2 level. This is manifested by disc dehydration and disc space narrowing. There is a small/moderate left paracentral disc herniation at L1/2 that effaces the thecal sac. The conus medullaris is normal in appearance. There is no evidence of spinal stenosis or fracture.

**Impression:**
Mild diffuse degenerative changes, most pronounced at L1/2 with accompanying disc herniation.

## SUMMARY:

At your request, I have reviewed an MRI of the lumbar spine which was performed 14 ½ months following the date of loss. There is evidence of mild diffuse degenerative changes, most pronounced at the L1/2 level. The disc herniation noted at L1/2 is compatible with the amount of degenerative change present. This is non-specific and could be traumatic or degenerative in nature. Given the long amount of time which transpired, there is no clear radiographic evidence of causally related injury to the lumbar spine.

I, David A Fisher, MD, Board Certified Radiologist, being duly licensed to practice medicine and surgery in the State of New York, hereby affirm under penalties of perjury that the statements contained herein are true and accurate.

Sincerely,

**David A. Fisher, MD**
Diplomate, American Board of Radiology

2

EXHIBIT I



# LONG ISLAND UNIVERSITY

(516) 299-3981
FAX (516) 299-2072
cathy.murphy@liu.edu
www.liu.edu

**OFFICE OF UNIVERSITY COUNSEL • UNIVERSITY CENTER**
700 Northern Boulevard • Brookville, New York 11548-1327

Catherine Murphy
Associate Counsel

March 15, 2010

John Downing, Jr.
Downing & Peck, P.C.
5 Hanover Square, 20th Floor
New York, NY 10004

Re:   **Rita Baytsayeva**
      **SS #:**      **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**
      **D&P#:**      **3.1178**
      **D/O/B:**     **10/28/1961**

Dear Mr. Downing:

In response to your letter dated March 4, 2010, enclosed please find the transcript of Ms. Bavtsayeva. Please be advised that Long Island University does not maintain attendance records or class schedules.

Very truly yours,

Catherine Murphy
Associate Counsel

Enclosure

cc:   M. Druyan, Esq.
      450 7th Avenue, Suite 704
      New York, NY 10123

# LONG ISLAND UNIVERSITY

BROOKLYN C.W. POST
BRENTWOOD RIVERHEAD ROCKLAND WESTCHESTER

Undergraduate Official Transcript

Long Island University
700 Northern Boulevard
University Center
Brookville, NY 11548
United States

Name        : Riga Raktsayeva
Student ID  : 100106503
Birthdate   : 1961-10-28
Sex         : Female

Print Date: 2013-05-09

THE WORDS "LONG ISLAND UNIVERSITY" AND "COPY" APPEAR ON ALTERNATE ROWS WHEN PHOTOCOPIED

Thomas P. Castiglione, Registrar



# LONG ISLAND UNIVERSITY

BROOKLYN · C.W. POST
BRENTWOOD/RIVERHEAD · ROCKLAND/WESTCHESTER

Undergraduate Official Transcript

Student ID: 100105030
Birthdate: 1991-10-28
Sex: Female

Long Island University
700 Northern Boulevard
Brookville, NY 11548
United States

THE UNIVERSITY NAME APPEARS IN WHITE UNITS ACROSS THE FACE OF THIS TRANSCRIPT DOCUMENT

THE WORDS "LONG ISLAND UNIVERSITY" AND "COPY" APPEAR ON ALTERNATE ROWS WHEN PHOTOCOPIED

This official sealed and signed transcript is printed on blue SCRIP-SAFE security paper with the name of the University printed in white ink across the face of the document. A raised seal is not required. When photocopied, the security statement and containing the institution's name will appear. A BLACK ON WHITE OR COLOR COPY SHOULD NOT BE ACCEPTED. Alterations of this transcript may be a criminal offense. In accordance with the Family Educational Rights and Privacy Act of 1974, this information may not be released to any party without the student's written consent.

Thomas P. Castiglione, Registrar

| Course | Description | Attempted | Earned/Grade | Points |
|---|---|---|---|---|
| ART 134 | Introduction to Western Ideas | 3.00 | 3.00 B | |
| BIO 132 | Human Physiology | 3.00 | 3.00 B | |
| ENG 62 | Surv European Lit II | 3.00 | 3.00 B+ | |
| PSY 1000 | Statistical Impact | | | |
| | TERM GPA 3.415 | TERM TOTALS | 251.010 | |
| | CUM GPA 3.021 | CUM TOTALS | 251.010 | |

Spring 2010

| Course | Description | Attempted | Earned/Grade | Points |
|---|---|---|---|---|
| NUR | Transition to Nursing Undergrad | 0.00 | 0.00 W | 0.00 |
| NUR 198 | Pharmacology in Nursing | 0.00 | 0.00 W | 0.00 |
| NUR 190 | Clin Conc Nurs You Math | 0.00 | 0.00 W | 0.00 |
| | TERM GPA 0.000 | TERM TOTALS | 0.000 | |
| | CUM GPA 3.024 | CUM TOTALS 81.00 | 251.010 | |

End of Transcript

EXHIBIT J

January 12, 2010

Martin Druyan
450 7th Avenue, Suite 3302
New York, New York 10123

         Re:  **Baytsayeva v. Shapiro, et al**
              **D/Accident: 1/4/08**

Dear Mr. Druyan:

This will supplement defendants Rule 26 Disclosure Statement in the above matter:

Annexed hereto as photocopies of photographs of defendant's vehicle which depict the condition of the vehicle immediately following the accident in question.

Nine photographs are attached.


                              Very truly yours,

                              DOWNING & PECK, P.C.


                              MARGUERITE D. PECK

MDP/tb
Enclosure



















**EXHIBIT K**

RADIOLOGY REPORT

| | | | | |
|---|---|---|---|---|
| NAME | MR# | LOC | DOB | ACC |
| BAYTSAYEVA, RITA | | 98 | Oct-28-1961 | 948979 |

EXAM: MRI BRAIN WO & W CONTRAST

DATE OF EXAM: Feb-13-2009  Requesting MD: NEYSTAT, MARINA MD

------------------------------------------------------------

Clinical indication:  Post concussion syndrome

Technique:  Examination consists of axial T1, T2, FLAIR and
diffusion weighted images of the brain.  Post gadolinium axial,
sagittal and coronal T1 weighted images of the brain were
included.

No prior studies are available for comparison.

Findings:
There are a few scattered punctate foci of increased T2 signal in
the subcortical white matter, a nonspecific pattern which may be
seen in a setting of chronic migraines, or which may represent
early microvascular ischemic changes.  The distribution is not
typical for demyelinating disease.

There is no abnormal parenchymal or extraaxial enhancement. The
ventricles and sulci are normal for age.  The vascular flow voids
are normal.  There is no extra-axial collection.  There is no
evidence of recent infarct.  There is no susceptibility artifact
to suggest the presence of parenchymal calcifications or blood
products. The pituitary gland is not enlarged.  The cerebellar
tonsils are in normal position.

The visualized paranasal sinuses and mastoid air cells are clear.

Impression:
Nonspecific mild white matter signal abnormalities as described
above.  Otherwise normal post contrast MRI of the brain.

# RADIOLOGY REPORT

| NAME | MR# | LOC | DOB | Page 2 |
|------|-----|-----|-----|--------|
| BAYTSAYEVA, RITA | | 98 | Oct-28-1961 | ACC 948979 |

EXAM: MRI BRAIN WO & W CONTRAST

DATE OF EXAM: Feb-13-2009 Requesting MD: NEYSTAT, MARINA MD

------------------------------------------------------------

Daniel Meltzer, MD (RAD)    /signed by/ Daniel Meltzer, MD (RAD)

Dictated on:
Transcribed on: Feb-13-2009   3:01 PM by Commisure Interface
  Finalized on: Feb-13-2009   3:01 PMby Commisure Interface



**EAST MANHATTON**
DIAGNOSTIC IMAGING, P.C.
*Radiologists Affiliated With Beth Israel Medical Center*

424 East 89th Street
New York, NY 10128
212-410-5100
Fax: 212-410-2500

To: Downing & Peck PC
(212) 514-9641

Date: 3/10/10

Re: Rita Praytsayeva

Claim # 3·1178

Dear, John Downing,

   I am in receipt of your request for copies of the Medical Records and MRI films for the above named patient. There is a service charge for these records as follows:

Films and Reports:

Films cost $200.00 Per Scan $ 600

Report Copies $0.75 Per Page $ 4.50

Total Due: $ 604.50

Reports Only:

Report Copies $0.75    4.50

CD and Reports:

All CD'S cost $60.00 Per Scan $ 184.50

   For <u>itemized billing</u> please call our billing department at (201) 830-3200, our tax id number is 133 931 499. If you need further assistance do not hesitate to contact Marija Lakovic at the number above.

This message is intended only for the use of the individual or entity which or whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering or copying of this communication is strictly prohibited. If you have received this communication by error, please notify immediately by telephone.

**EAST MANHATTAN**
DIAGNOSTIC IMAGING C.
*Radiologists Affiliated With Beth Israel Medical Center*



424 East 89th Street
New York, NY 10128
212-410-5100
Fax: 212-410-2500

# RADIOLOGY REPORT

| NAME | MR# | LOC | DOB | ACC |
|---|---|---|---|---|
| BAYTSAYEVA, RITA | | 98 | Oct-28-1961 | 950468 |

EXAM: MRI LUMBAR SPINE WO CONTRAST

DATE OF EXAM: Mar-16-2009 Requesting MD: NEYSTAT, MARINA MD

-------------------------------------------------------------

A MRI examination of the lumbar spine was performed. The examination consists of sagittal T1 weighted and T2 weighted images as well as axial T1 weighted and T2 weighted images.

The study is interpreted with the last formed intervertebral disc designated as L5/S1.

The spinal cord terminates at L1/2. No spinal canal fluid collection nor mass is seen.

No bony destructive lesions are appreciated. No prevertebral soft tissue masses are noted.

Evaluation of the intervertebral disc levels:

L1/2: There is a left paracentral herniated disk with mild focal narrowing of the thecal sac. The neural foramina are not stenotic. The remainder of the lumbar levels are without spinal canal or foraminal stenosis.

Impression: Left paracentral herniated disk at L1/2 with mild spinal canal stenosis.

**EAST MANHATTAN DIAGNOSTIC IMAGING, P.C.**
*Radiologists Affiliated With Beth Israel Medical Center*



424 East 89th Street
New York, NY 10128
212-410-5100
Fax: 212-410-2500

RADIOLOGY REPORT

Page 2

| NAME | MR# | LOC | DOB | ACC |
|------|-----|-----|-----|-----|
| BAYTSAYEVA, RITA | | 98 | Oct-28-1961 | 950468 |

EXAM: MRI LUMBAR SPINE WO CONTRAST

DATE OF EXAM: Mar-16-2009    Requesting MD: NEYSTAT, MARINA MD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Gordon Heller, MD (Rad)    /signed by/ Gordon Heller, MD (Rad)

Dictated on:
Transcribed on: Mar-16-2009   5:07 PM by Commisure Interface
   Finalized on: Mar-16-2009   5:07 PM by Commisure Interface

**EAST MANHATTAN**
DIAGNOSTIC IMAGING, P.C.

*Radiologists Affiliated With Beth Israel Medical Center*

424 East 89th Street
New York, NY 10128
212-410-5100
Fax: 212-410-2500

## RADIOLOGY REPORT

| NAME | MR# | LOC | DOB | ACC |
|------|-----|-----|-----|-----|
| BAYTSAYEVA, RITA | | 98 | Oct-28-1961 | 948979 |

EXAM: MRI BRAIN WO & W CONTRAST

DATE OF EXAM: Feb-13-2009  Requesting MD: NEYSTAT, MARINA MD

---------------------------------------------------------------

Clinical indication:  Post concussion syndrome

Technique:  Examination consists of axial T1, T2, FLAIR and diffusion weighted images of the brain.  Post gadolinium axial, sagittal and coronal T1 weighted images of the brain were included.

No prior studies are available for comparison.

Findings:
There are a few scattered punctate foci of increased T2 signal in the subcortical white matter, a nonspecific pattern which may be seen in a setting of chronic migraines, or which may represent early microvascular ischemic changes.  The distribution is not typical for demyelinating disease.

There is no abnormal parenchymal or extraaxial enhancement. The ventricles and sulci are normal for age.  The vascular flow voids are normal.  There is no extra-axial collection.  There is no evidence of recent infarct.  There is no susceptibility artifact to suggest the presence of parenchymal calcifications or blood products.  The pituitary gland is not enlarged.  The cerebellar tonsils are in normal position.

The visualized paranasal sinuses and mastoid air cells are clear.

Impression:
Nonspecific mild white matter signal abnormalities as described above.  Otherwise normal post contrast MRI of the brain.

# EAST MANHATTAN
## DIAGNOSTIC IMAGING, P.C.
*Radiologists Affiliated With Beth Israel Medical Center*

424 East 89th Street
New York, NY 10128
212-410-5100
Fax: 212-410-2500

## RADIOLOGY REPORT

| | | | | Page 2 |
|---|---|---|---|---|
| NAME | MR# | LOC | DOB | ACC |
| BAYTSAYEVA, RITA | | 98 | Oct-28-1961 | 948979 |

EXAM: MRI BRAIN WO & W CONTRAST

DATE OF EXAM: Feb-13-2009 Requesting MD: NEYSTAT, MARINA MD

------------------------------------------------------------

Daniel Meltzer, MD (RAD)    /signed by/ Daniel Meltzer, MD (RAD)

Dictated on:
Transcribed on: Feb-13-2009  3:01 PM by Commisure Interface
   Finalized on: Feb-13-2009  3:01 PM by Commisure Interface

**EAST MANHATTAN**
DIAGNOSTIC IMAGING, P.C.
*Radiologists Affiliated With Beth Israel Medical Center*

424 East 89th Street
New York, NY 10128
212-410-5100
Fax: 212-410-2500

## RADIOLOGY REPORT

| NAME | MR# | LOC | DOB | ACC |
|------|-----|-----|-----|-----|
| BAYTSAYEVA, RITA | | 98 | Oct-28-1961 | 929554 |

EXAM: MRI CERV SPINE WO CONTRAST

DATE OF EXAM: Apr-2-2008 Requesting MD: MILLER, JEAN DO

------------------------------------------------------------

MRI of the Cervical Spine

An MRI examination of the cervical spine was performed. The
examination consists of sagittal T1 weighted and T2 weighted
images as well as axial T1 weighted, T2 weighted and gradient echo
images.

The sagittal imaging demonstrates normal anatomic alignment of the
cervical vertebral bodies.

At the C5-6 discspace level a diffuse annular bulge and/or
osteophytic ridge transverses the interspinous space without
spinal cord compression or foraminal encroachment.

At the C6-7 discspace level a diffuse annular bulge and/or
osteophytic ridge is without spinal cord compression or foraminal
encroachment.

No other extradural abnormality is seen. The cervical spinal cord
the cervicomedullary junction as well as the osseous marrow signal
of the cervical spine are normal.

Impression: small diffuse annular bulges and/or osteophytic ridges
are seen at C5-6 in C6-7 without spinal cord compression or
foraminal encroachment.

# EAST MANHATTAN
## DIAGNOSTIC IMAGING, P.C.
*Radiologists Affiliated With Beth Israel Medical Center*



424 East 89th Street
New York, NY 10128
212-410-5100
Fax: 212-410-2500

## RADIOLOGY REPORT

| NAME | MR# | LOC | DOB | ACC |
|------|-----|-----|-----|-----|
| BAYTSAYEVA, RITA | | 98 | Oct-28-1961 | 929554 |

EXAM: MRI CERV SPINE WO CONTRAST

DATE OF EXAM: Apr-2-2008 Requesting MD: MILLER, JEAN DO

-----------------------------------------------------------------

Richard M.D. (Rad) Pinto  /signed by/ Richard M.D. (Rad) Pinto

Dictated on:
Transcribed on: Apr-3-2008  9:54 AM by TalkStation Interface
  Finalized on: Apr-3-2008  9:54 AMby TalkStation Interface

**EXHIBIT L**

Note for Rita Baytsayeva on 1/26/2009 - Chart 4651730

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900, Fax: 718-998-9868**

## Physical Therapy Follow Up

**Patient: BaytsayevaRita.  Date of visit: 1/26/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-Lumbar/Thoracic.
**Subjective:** Patient has no new complains. The patient reports moderate improvement with treatment. See IE

**Objective:**
Physical therapy treatment  include(s) the following:
 Supervised electrical stimulation applied for 20 min using:
        TENS mode.
Hot packs.  Time 20 min.
Myofascial release.
 Neuromuscular reeducation performed that consists of
        posture awearness.  97530
 Therapeutic exercises performed using
        UBE (program - manual), time - 6 min, level - 1.
 Therapeutic exercises performed to impove strength and flexibility x 30 min.  cervical exercise include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps - 12, sets - 2, holding time - 2sec).  low back stretching using bilateral knee to the chest (reps - 12, sets - 1) and pelvis tilt (reps - 12, sets - 2).
 Applied ultrasound (time - 5 min, intensity - 1.5 W/cm,sq).

**Assessment:** Patient respond to the treatment well.  Patient was instructed to proper body mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned. .

**Precautions:  Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 1/26/2009 at 5:47:01 PM by: Nestor, Slava - PT

RECEIVED
OCT 2 8 2009
NJM INS. CO.
A.C. PIP

Page: 1

008/009/048                    08/17/2009 17:28 FAX

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900, Fax: 718-998-9868**

## Physical Therapy Follow Up

**Patient: BaytsayevaRita. Date of visit: 1/29/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-Lumbar/Thoracic.
**Subjective:** Patient has no new complains. The patient reports decrease of pain for few hours after treatment.

**Objective: Tenderness neck extensors**
Physical therapy treatment  include(s) the following:
 Supervised electrical stimulation applied for 20 min using:
        TENS mode.
Hot packs.  Time 20 min.
Myofascial release.
 Neuromuscular reeducation performed that consists of
        posture awearness.  97530
 Therapeutic exercises performed using
        UBE (program - manual), time - 6 min, level - 1.
 Therapeutic exercises performed to impove strength and flexibility x 30 min.  cervical exercise include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps - 12, sets - 2, holding time - 2sec).  low back stretching using bilateral knee to the chest (reps - 12, sets - 1) and pelvis tilt (reps - 12, sets - 2).
 Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well.  Patient was instructed to proper body mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned.  .

**Precautions:  Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 1/29/2009 at 5:00:14 PM by: Nestor, Slava - PT

RECEIVED

OCT 2 8 2009

NJM INS. CO.
A.C. PIP

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900, Fax: 718-998-9868**

## Physical Therapy Follow Up

**Patient: BaytsayevaRita.  Date of visit: 2/2/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-Lumbar/Thoracic.
**Subjective:** The patient complains of persistent pain, 5-6/10.  The patient reports decrease of pain for few hours after treatment.

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment  include(s) the following:
 Supervised electrical stimulation applied for 20 min using:
        TENS mode.
Hot packs.  Time 20 min.
Myofascial release.
 Neuromuscular reeducation performed that consists of
        posture awearness.  97530
 Therapeutic exercises performed using
        UBE (program - manual), time - 6 min, level - 1.
 Therapeutic exercises performed to impove strength and flexibility x 30 min.  cervical exercise include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps - 12, sets - 2, holding time - 2sec).  low back stretching using bilateral knee to the chest (reps - 12, sets - 1) and pelvis tilt (reps - 12, sets - 2).
 Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well.  Patient was instructed to proper body mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned. .

**Precautions:  Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 2/2/2009 at 3:04:28 PM by: Nestor, Slava - PT

RECEIVED

OCT 2 8 2009

NJM INS. CO.
A.C. PIP

**Advanced Medical Care, PLLC**
1725 East 12th Street, Suite 501, Brooklyn, NY 11229
Telephone: 718-998-9900, Fax: 718-998-9868

## Physical Therapy Follow Up

**Patient: BaytsayevaRita. Date of visit: 2/5/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-Lumbar/Thoracic.
**Subjective:** The patient has no new complains. The patient reports decrease of pain for few hours after treatment.

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment include(s) the following:
 Supervised electrical stimulation applied for 20 min using:
        TENS mode.
Hot packs. Time 20 min.
Myofascial release.
 Neuromuscular reeducation performed that consists of
        posture awearness. 97530
Therapeutic exercises performed using
        UBE (program - manual), time - 6 min, level - 1.
Therapeutic exercises performed to impove strength and flexibility x 30 min. cervical exercise include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps - 12, sets - 2, holding time - 2sec). low back stretching using bilateral knee to the chest (reps - 12, sets - 1) and pelvis tilt (reps - 12, sets - 2).
 Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well. Patient was instructed to proper body mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned. .

**Precautions: Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 2/5/2009 at 4:12:06 PM by: Nestor, Slava - PT

Page: 1

RECEIVED
OCT 28 2009
NJM INS. CO.
A.C. PIP

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900, Fax: 718-998-9868**

## Physical Therapy Follow Up

**Patient: BaytsayevaRita. Date of visit: 2/9/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-Lumbar/Thoracic.
**Subjective:** The patient indicates slight improvement. The patient reports decrease of pain for few hours after treatment.

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment include(s) the following:
 Supervised electrical stimulation applied for 20 min using:
        TENS mode.
Hot packs. Time 20 min.
Myofascial release.
 Neuromuscular reeducation performed that consists of
        posture awearness. 97530
Therapeutic exercises performed using
        UBE (program - manual), time - 6 min, level - 1.
 Therapeutic exercises performed to impove strength and flexibility x 30 min. cervical exercise include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps - 12, sets - 2, holding time - 2sec). low back stretching using bilateral knee to the chest (reps - 12, sets - 1) and pelvis tilt (reps - 12, sets - 2).
 Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well. Patient was instructed to proper body mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned. .

**Precautions: Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 2/9/2009 at 5:28:57 PM by: Nestor, Slava - PT

RECEIVED

OCT 2 8 2009

NJM INS. CO.
A.C. PIP

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900, Fax: 718-998-9868**

## Physical Therapy Follow Up

**_Patient: BaytsayevaRita. Date of visit: 2/12/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-Lumbar/Thoracic.
**Subjective:** The patient indicates slight improvement. The patient reports decrease of pain for few hours after treatment.

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment include(s) the following:
 Supervised electrical stimulation applied for 20 min using:
        TENS mode.
 Hot packs. Time 20 min.
Myofascial release.
 Neuromuscular reeducation performed that consists of
        posture awearness. 97530
 Therapeutic exercises performed using
        UBE (program - manual), time - 6 min, level - 1.
 Therapeutic exercises performed to impove strength and flexibility x 30 min. cervical exercise include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps - 12, sets - 2, holding time - 2sec). low back stretching using bilateral knee to the chest (reps - 12, sets - 1) and pelvis tilt (reps - 12, sets - 2).
 Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well. Patient was instructed to proper body mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned. .

**Precautions: Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 2/12/2009 at 4:42:58 PM by: Nestor, Slava - PT

RECEIVED

OCT 2 8 2009

NJM INS. CO.
A.C. PIP

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900,  Fax: 718-998-9868**

## Physical Therapy Follow Up

**Patient: BaytsayevaRita.  Date of visit: 2/16/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-Lumbar/Thoracic.
**Subjective:** The patient indicates sight  improvement.  The patient reports moderate improvement with treatment.

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment  include(s) the following:
 Supervised electrical stimulation applied for 20 min using:
        TENS mode.
Hot packs.  Time 20 min.
Myofascial release.
 Neuromuscular reeducation performed that consists of
        posture awearness.  97530
 Therapeutic exercises performed using
        UBE (program - manual), time - 6 min, level - 1.
 Therapeutic exercises performed to impove strength and flexibility x 30 min.  cervical exercise include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps - 12, sets - 2, holding time - 2sec).  low back stretching using bilateral knee to the chest (reps - 12, sets - 1) and pelvis tilt (reps - 12, sets - 2).
 Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well.  Patient was instructed to proper body mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned.  .

**Precautions:  Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 2/16/2009 at 5:34:08 PM by: Nestor, Slava - PT

RECEIVED

OCT 2 8 2009

NJM INS. CO.
A.C. PIP

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900,  Fax: 718-998-9868**

## Physical Therapy Follow Up

**_Patient: BaytsayevaRita.  Date of visit: 2/17/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-Lumbar/Thoracic.
**Subjective:** The patient indicates sight  improvement.  The patient reports some improvement in # ROM but complains of pain.

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment  include(s) the following:
 Supervised electrical stimulation applied for 20 min using:
        TENS mode.
Hot packs.  Time 20 min.
Myofascial release.
 Neuromuscular reeducation performed that consists of
        posture awearness.  97530
 Therapeutic exercises performed using
        UBE (program - manual), time - 6 min, level - 1.
 Therapeutic exercises performed to impove strength and flexibility x 30 min.  cervical exercise include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps - 12, sets - 2, holding time - 2sec).  low back stretching using bilateral knee to the chest (reps - 12, sets - 1) and pelvis tilt (reps - 12, sets - 2).
 Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well.  Patient was instructed to proper body mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned. .

**Precautions:  Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 2/17/2009 at 1:27:04 PM by: Nestor, Slava - PT

RECEIVED

OCT 2 8 2009

NJM INS. CO.
A.C. PIP

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900, Fax: 718-998-9868**

## Physical Therapy Follow Up

_**Patient: BaytsayevaRita. Date of visit: 2/23/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-
Lumbar/Thoracic.
**Subjective:** The patient indicates sight improvement. The patient reports persistent pain of
5/10.

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment include(s) the following:
 Supervised electrical stimulation applied for 20 min using:
        TENS mode.
Hot packs. Time 20 min.
Myofascial release.
 Neuromuscular reeducation performed that consists of
        posture awearness. 97530
 Therapeutic exercises performed using
        UBE (program - manual), time - 6 min, level - 1.
 Therapeutic exercises performed to impove strength and flexibility x 30 min. cervical exercise
include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps -
12, sets - 2, holding time - 2sec). low back stretching using bilateral knee to the chest (reps - 12,
sets - 1) and pelvis tilt (reps - 12, sets - 2).
 Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well. Patient was instructed to proper body
mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned. .

**Precautions:  Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 2/23/2009 at 12:57:28 PM by: Nestor, Slava - PT

RECEIVED

OCT 28 2009

NJM INS. CO.
A.C. PIP

Note for Rita Baytsayeva, female. DOB: 10/28/1961. Chart # 4651730

## Advanced Medical Care, PLLC

**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900 Fax: 718-998-9868**

## Marina Neystat, MD
### Diplomate of American Board of Neurology & Psychiatry

# Neurology Follow up

**Patient: Baytsayeva, Rita, 10/28/1961, 4651730.DOA.01/04/2008.  Date of visit: 2/23/2009**

**CHIEF COMPLAINT and HPI:**  Patient present today continue c/o right leg pain. Pain is at the level of 7-8/10 with radiation to the right foot. Symptoms discribed as burning, sharp.& moderate The present condition is associated with back stiffness. The following factors aggravates symptoms : bending & prolonged positioning. Neck pain & low back pain has been improved partially.  Pain is at the level of 6-7/10. Patient reports partial improvement with physical therapy. Intermittent vertigo has remained unchanged.
She continue c/o memory loss, confusion, inability to sleep. She continue having episodes of confusion and disorientation. She feels less anxious & headaches has been partial improved with lexapro. She is not working at the time..
**Patient was a pedestrian crossing the street and was hit by the car. She was working at the time.She hit her head, low back and shoulders.**
Prior diagnostic studies include(s):
MRI: Brain reveals no evidence of disease.
**Past Medical History (PMH):  Past medical history is unremarkable.**
**Past Surgical History (PSH):** No previous surgeries.
**Family History:** Patient/Guardian admits a family history of diabetes, arthritis mother.
**Medication History: Active: Lexapro -Imported- 5 mg Tablet (One PO HS) (active); usage started on 1/19/2009 and usage stopped on 1/19/2009 medication was prescribed by Neystat, Marina MD.**
**Allergies: Allergies:** No known medical allergies.
**Social History: Admits:Marital status:. single, Employment status:. currently unemployed. Denies:tobacco use, alcohol use.**
Review of System:   Respiratory: (+) unremarkable, Psychiatric: (+) depression, Neurological: (+) numbness in hands, (+) tingling in hands, (+) weakness, (+) headache, Musculoskeletal: (+) arm pain, Integumentary: (+) unremarkable, Hematologic / Lymphatic: (+) unremarkable, Genitourinary: (+) unremarkable, Gastrointestinal: (+) unremarkable, Eyes: (+) blurred vision, Endocrine: (+) unremarkable, Ears, Nose, Mouth, Throat: (+) ringing in ears, Constitutional Symptoms: (+) sleep problems, (+) night sweats, (+) weight gain, Cardiovascular: (+) chest pain, Allergic / Immunologic: (+) unremarkable.

**EXAMINATION:**

RECEIVED

OCT 28 2009

NJM INS. CO.
A.C. PIP

**Vital Signs:** BP Sitting: 130/90 HR: 74

**General appearance:** Patient is a pleasant, 47 year old female in no apparent distress who looks her given age, is well-developed and nourished with good attention to hygiene and body habitus.

**Cardiovascular:** Cardiovascular and Peripheral Vascular: Heart auscultation reveals: normal S1 and S2 without murmurs, gallop, rubs or clicks, rhythm is regular. Peripheral pulses full to palpation, no varicosities, extremities warm with no edema or tenderness. Carotid pulses are palpated bilaterally and are symmetric, no bruits are auscultated over the carotid and vertebral arteries.

**Lungs:** Lungs clear to auscultation with no rubs, crackles or wheezing noted

**Abdomen:** Abdomen soft, nontender, bowel sounds present x 4 without palpable masses.

**ENT:** Inspection of ears reveals no abnormalities.

**Extremities exam:** Exam reveals no joints abnormalities. Tinel's sign is negative.

*Neurological Exam*

**Mental Status:**

Patient 's mood is anxious and depressed. Alert, awake, oriented to person, place and time. Immediate, recent and remote memory is intact, patient recalls 3 out of 3 objects at 3 and 5 minutes.

Stream of thought is spontaneous. Attention span and concentration is good. Patient awareness of current events, past history and vocabulary is good. Patient judgment and insight is good.

Speech is normal. There was no aphasia or apraxia present. Patient does not exhibit abnormal or psychotic thoughts.

**Cranial Nerves:**

CN I (olfactory) exam: Test of smell reveals no abnormalities.

CN II (optic) -visual fields exam: Visual fields full to confrontation. Optic discs with normal color, contour and cupping bilaterally with no papilledema.

CN III, IV, VI exam: Pupils are equal round and reactive to direct and consensual light OU.

CN V (trigeminal) sensation exam: Facial sensation is intact in all three distributions of the trigeminal nerve; corneal reflexes normal bilaterally and muscles of mastication are intact and symmetric.

CN VII facial expression exam: Muscles of facial expression are intact and symmetric.

CN VIII hearing exam: Hearing is grossly normal. No nystagmus was noted. Hallpike's test reveals no nystagmus.

CN IX, X gag, speech, swallow exam: Able to taste in the posterior third of tongue. Gag reflex is intact bilaterally with symmetrical elevation of soft palate to phonation.

CN XI (spinal accessory) exam: Sternocleidomastoid and trapezius muscles are symmetric and 5/5 in strength.

CN XII (hypoglossal) exam: The tongue protrudes in the midline

**Motor:**

Muscle strength is 5/5 for all groups tested.

No atrophy is present in all muscles examined.

Muscle tone is normal.

Pronator drift test reveals same level maintained bilaterally.

**Reflexes:**

Right Achilles reflex is 1/4. Babinski reflex is absent

**Sensation:**

Touch, pin, vibratory and proprioception sensations are decreased in the lateral aspect of the right leg.

Page: 2

RECEIVED

OCT 2 8 2009

NJM INS CO
A.C. P/P

Baytsayeva, Rita 2/23/2009 - 4651730

Marina Neystat MD

Signed by _____ Neystat, Marina - MD
Digital Signature on 2/25/2009 at 7:45:04 PM by: Neystat, Marina - MD

Page: 4

RECEIVED

OCT 2 8 2009

NJM INS. CO.
A.C. PIP

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900, Fax: 718-998-9868**

## Physical Therapy Follow Up

**Patient: BaytsaycvaRita. Date of visit: 2/26/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-Lumbar/Thoracic.
**Subjective:** The patient indicates slght improvement. The patient reports persistent pain of 4-5/10.

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment include(s) the following:
Supervised electrical stimulation applied for 20 min using:
　　　TENS mode.
Hot packs. Time 20 min.
Myofascial release.
Neuromuscular reeducation performed that consists of
　　　posture awearness. 97530
Therapeutic exercises performed using
　　　UBE (program - manual), time - 6 min, level - 1.
Therapeutic exercises performed to impove strength and flexibility x 30 min. cervical exercise
include(s): ROM cxercise flexion, extension, side flexion, rotation and shoulder shrugs (reps - 12, sets - 2, holding time - 2sec). low back stretching using bilateral knee to the chest (reps - 12, sets - 1) and pelvis tilt (reps - 12, sets - 2).
Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well. Patient was instructed to proper body mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned. .

**Precautions: Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 2/26/2009 at 4:50:06 PM by: Nestor, Slava - PT

RECEIVED
OCT 2 8 2009
NJM INS. CO.
A.C. PIP

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900, Fax: 718-998-9868**

## Physical Therapy Follow Up

**Patient: BaytsayevaRita. Date of visit: 3/3/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-
Lumbar/Thoracic.
**Subjective:** The patient indicates slight improvement. The patient reports persistent pain of
4/10.

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment include(s) the following:
 Supervised electrical stimulation applied for 20 min using:
        TENS mode.
Hot packs. Time 20 min.
Myofascial release.
 Neuromuscular reeducation performed that consists of
        posture awearness. 97530
 Therapeutic exercises performed using
        UBE (program - manual), time - 6 min, level - 1.
 Therapeutic exercises performed to impove strength and flexibility x 30 min. cervical exercise
include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps -
12, sets - 2, holding time - 2sec). low back stretching using bilateral knee to the chest (reps - 12,
scts - 1) and pelvis tilt (reps - 12, sets - 2).
 Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well. Patient was instructed to proper body
mechanics and Patient was instructed for home excesisc program.

**Plan:** Continue treatment as planned. .

**Precautions: Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 3/3/2009 at 1:55:01 PM by: Nestor, Slava - PT

RECEIVED

OCT 28 2009

NJM INS. CO.
A.C. PIP

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900 Fax: 718-998-9868**

## Physical Therapy Re-Evaluation.  .

## Slava Nestor, PT

**Patient: Baytsayeva Rita.  Date of visit: 3/5/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-Lumbar/Thoracic.

## SUBJECTIVE:

**Chief Complaint and History of Present Illness: :** This 47 year old female reported to the physical therapy clininc today with gradually decreasing pain in her lower back and neck.  The symptoms are described as: moderate and 6 on a scale of 1-10 with 10 being the worst.  The patient indicates that the present condition has existed on and off for about a year.  The onset of symptoms was a result of a recent exacerbation of an old condition.  The current condition was caused by: MVA about 1 year ago.  Present condition is associated with: decreased activities of daily living, ambulation, endurance, functional status and mobility, difficulty with standing, self-care activities, transfers and work activities and joint stiffness.  The symptoms are described as: disabling, intermittent, radiating and throbbing.  The following factors aggravate symptoms: activities of daily living, carrying objects, standing, trunk movements and walking.  The following factors relieve symptoms: medications, physical therapy and rest.

**Past Medical History (PMHx):** Unremarkable.

**Surgical History ( Hx):** No previous surgeries.

**Medication History:**

**SocialHistory:** Admits:Marital status:. single, Employment status:. currently unemployed.  Denies:tobacco use, alcohol use.

## OBJECTIVE FINDINGS:

**Vital Signs:** BP Sitting: 120/80 Resp: 20 HR: 72

**General Appearance:** Patient is a pleasant, 47 year old female in no apparent distress who looks her given age, is well-developed and nourished with good attention to hygiene and body habitus.

**Mental Status:**   Alert, awake, oriented to person, place and time.

**Level of Mobility:** Able to ambulate without assistive device.

**Physique:** Normal.

**Posture & Deviations:** Normal

**Swelling:** No swelling is observed.

**Discolorations:** There is no discoloration.

**Muscle Tone:** Normal.

**Palpation:** There is tenderness in lower back and neck.  There is muscle spasm in neck and LB.

RECEIVED

OCT 28 2009

NJM INS. CO.
A.C. PIP

□024/048

09/17/2009 17:28 FAX

Baytsayeva, Rita 3/5/2009 - 4651730                                    Slava Nestor PT

**Gait Analysis:** Ambulates normally.
**Sitting Balance:** Normal
**Standing Balance:** Normal.
**Self-care:**      Independent with maximum difficulty.
**Transfers:**      Independent with maximum difficulty.
**Ambulation:**   Independent with maximum difficulty.
There was a negative findings of sitting flexion test.

### Range of Motion/ Manual Muscle Testing

| Body Part | Motion | Norm | ROM Left | ROM Right | MMT Left | MMT Right |
|-----------|--------|------|----------|-----------|----------|-----------|
| Neck | Flex.forw. * | 45 | 35. | | 4 | |
| Neck | Extension * | 70 | 50. | | 4 | |
| Neck | Rotation * | 80 | 60. | 60. | 4 | |
| Neck | Lat. Flexion * | 45 | 30. | 30. | 4 | |
| Shoulder | Flexion | 180 | 180. | 180. | 5 | 5 |
| Shoulder | Extension | 60 | 60. | 60. | 5 | 5 |
| Shoulder | Abduction | 180 | 180. | 180. | 5 | 5 |
| Shoulder | IR | 70 | 70. | 70. | 5 | 5 |
| Shoulder | ER | 90 | 90. | 90. | 5 | 5 |
| Elbow | Flexion | 150 | 150. | 150. | 5 | 5 |
| Elbow | Extension | 0 | 0. | 0. | 5 | 5 |
| Wrist | Flexion | 80 | 80. | 80. | 5 | 5 |
| Wrist | Extension | 70 | 70. | 70. | 5 | 5 |
| Wrist | Radial Dev. | 20 | 20. | 20. | 5 | 5 |
| Wrist | Ulnar Dev. | 30 | 30. | 30. | 5 | 5 |
| Trunk | Flexion forw. | 90 | 65. | | 4 | |
| Trunk | Extension * | 30 | 15. | | 4 | |
| Trunk | Rotation * | 45 | 30. | 30. | 4 | |
| Trunk | Lat. Flexion * | 35 | 25. | 25. | 4 | |
| Hip | Flexion | 120 | 120. | 120. | 5 | 5 |
| Hip | Extension | 30 | 30. | 30. | 5 | 5 |
| Hip | Abduction | 45 | 45. | 45. | 5 | 5 |
| Hip | Adduction | 30 | 30. | 30. | 5 | 5 |
| Hip | IR | 45 | 45. | 45. | 5 | 5 |
| Hip | ER | 45 | 45. | 45. | 5 | 5 |
| Knee | Flexion | 135 | 135. | 135. | 5 | 5 |
| Knee | Extension | 0 | 0. | 0. | 5 | 5 |
| Ankle | DF | 20 | 20. | 20. | 5 | 5 |
| Ankle | PF | 50 | 50. | 50. | 5 | 5 |
| Ankle | Inversion | 30 | 30. | 30. | 5 | 5 |

Page: 2

RECEIVED

OCT 2 8 2009

NJM INS. CO.
A.C. PIP

| Ankle | Eversion | 15 | 15. | 15. | 5 | 5 |
|---|---|---|---|---|---|---|

(*) - with pain

# PLAN OF CARE:
**Rehabilitation Potential:** Good.
**Problem List:** pain, decreased ROM, decreased muscle strength, and decreased function
**Short-Term Goals:** decrease pain by 50%, increase range of motion by 20-30%, and increase muscle strength by 20-30%.
To be achieved in 10 treatment sessions.
**Long-Term Goals:** decrease pain to minimum, return to full function, and become independent in home exercise program
**Goals Achieved:** decreased muscle spasm, decreased pain to 6, improved ambulation to good, increased ROM by 10 %, decreased stiffness, improved ADL's and improved muscle strength.
Physical therapy treatment will include the following: electrical stimulation, myofascial release, therapeutic activities, therapeutic exercises and ultrasound. lease, therapeutic exercises and ultrasound.
Patient will be seen 3x per week for 4 weeks, total of 12 treatments.
**Neck/LB**
Supervised electrical stimulation applied for 20 min using:
TENS mode.
Hot packs. Time 20 min.
Myofascial release.
Neuromuscular reeducation performed that consists of posture awearness. 97530
Therapeutic exercises performed to improve ROM and flexibility.
Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Home Exercise Program Instructions:** Yes.
**Precautions !!!:** Universal.

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 3/9/2009 at 2:08:39 PM by: Nestor, Slava - PT

RECEIVED

OCT 28 2009

NJM INS. CO.
A.C. PIP

Page: 3

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900, Fax: 718-998-9868**

## Physical Therapy Follow Up

**Patient: BaytsayevaRita. Date of visit: 3/9/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-Lumbar/Thoracic.
**Subjective:** The patient indicates slight improvement. The patient reports persistent pain of 4/10. See Re-eval

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment include(s) the following:
Supervised electrical stimulation applied for 20 min using:
     TENS mode.
Hot packs. Time 20 min.
Myofascial release.
Neuromuscular reeducation performed that consists of
     posture awearness. 97530
Therapeutic exercises performed using
     UBE (program - manual), time - 6 min, level - 1.
Therapeutic exercises performed to impove strength and flexibility x 30 min. cervical exercise
include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps - 12, sets - 2, holding time - 2sec). low back stretching using bilateral knee to the chest (reps - 12, sets - 1) and pelvis tilt (reps - 12, sets - 2).
Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well. Patient was instructed to proper body mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned. .

**Precautions:  Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 3/9/2009 at 6:30:17 PM by: Nestor, Slava - PT

RECEIVED

OCT 2 8 2009

NJM INS. CO
A.C. PIP

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900, Fax: 718-998-9868**

## Physical Therapy Follow Up

**Patient: BaytsayevaRita. Date of visit: 3/12/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-Lumbar/Thoracic.
**Subjective:** The patient complaines of difficulty with mobility. The patient reports pain exacerbation to 5-6/10 after some activities.

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment include(s) the following:
 Supervised electrical stimulation applied for 20 min using:
        TENS mode.
Hot packs. Time 20 min.
Myofascial release.
 Neuromuscular reeducation performed that consists of
        posture awearness. 97530
 Therapeutic exercises performed using
        UBE (program - manual), time - 6 min, level - 1.
 Therapeutic exercises performed to impove strength and flexibility x 30 min. cervical exercise include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps - 12, sets - 2, holding time - 2sec). low back stretching using bilateral knee to the chest (reps - 12, sets - 1) and pelvis tilt (reps - 12, sets - 2).
 Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well. Patient was instructed to proper body mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned. .

**Precautions: Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 3/12/2009 at 6:06:49 PM by: Nestor, Slava - PT

RECEIVED

OCT 28 2009

NJM INS. CO
A.C. PIP

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900, Fax: 718-998-9868**

## Physical Therapy Follow Up

_Patient: BaytsayevaRita. Date of visit: 3/17/2009

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-Lumbar/Thoracic.
**Subjective:** The patient complaines of difficulty with mobility. The patient reports pain exacerbation to 5/10 after some activities.

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment  include(s) the following:
 Supervised electrical stimulation applied for 20 min using:
        TENS mode.
Hot packs.  Time 20 min.
Myofascial release.
 Neuromuscular reeducation performed that consists of
        posture awearness.  97530
 Therapeutic exercises performed using
        UBE (program - manual), time - 6 min, level - 1.
 Therapeutic exercises performed to impove strength and flexibility x 30 min.  cervical exercise include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps - 12, sets - 2, holding time - 2sec).  low back stretching using bilateral knee to the chest (reps - 12, sets - 1) and pelvis tilt (reps - 12, sets - 2).
 Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well.  Patient was instructed to proper body mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned. .

**Precautions:  Universal.**

Additional Comments: ???


**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 3/17/2009 at 11:50:32 AM by: Nestor, Slava - PT

RECEIVED

OCT 2 8 2009

NJM INS. CO.
A.C. PIP

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900, Fax: 718-998-9868**

## Physical Therapy Follow Up

**Patient: BaytsayevaRita. Date of visit: 3/23/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-
Lumbar/Thoracic.
**Subjective:** The patient complaines of difficulty with mobility. The patient reports persistent
pain of 5/10.

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment  include(s) the following:
 Supervised electrical stimulation applied for 20 min using:
           TENS mode.
Hot packs. Time 20 min.
Myofascial release.
 Neuromuscular reeducation performed that consists of
          posture awearness. 97530
Therapeutic exercises performed using
          UBE (program - manual), time - 6 min, level - 1.
Therapeutic exercises performed to impove strength and flexibility x 30 min.  cervical exercise
include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps -
12, sets - 2, holding time - 2sec).  low back stretching using bilateral knee to the chest (reps - 12,
sets - 1) and pelvis tilt (reps - 12, sets - 2).
 Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well.  Patient was instructed to proper body
mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned. .

**Precautions:  Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT

RECEIVED

OCT 2 8 2009

NJM INS. CO.
A.C. PIP

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900, Fax: 718-998-9868**

## Physical Therapy Follow Up

**Patient: BaytsayevaRita. Date of visit: 3/26/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-Lumbar/Thoracic.
**Subjective:** The patient complaines of difficulty with mobility. The patient reports persistent pain of 4-5/10.

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment include(s) the following:
Supervised electrical stimulation applied for 20 min using:
          TENS mode.
Hot packs. Time 20 min.
Myofascial release.
Neuromuscular reeducation performed that consists of
          posture awearness. 97530
Therapeutic exercises performed using
          UBE (program - manual), time - 6 min, level - 1.
Therapeutic exercises performed to impove strength and flexibility x 30 min. cervical exercise include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps - 12, sets - 2, holding time - 2sec). low back stretching using bilateral knee to the chest (reps - 12, sets - 1) and pelvis tilt (reps - 12, sets - 2).
Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well. Patient was instructed to proper body mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned. .

**Precautions: Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 3/26/2009 at 2:44:39 PM by: Nestor, Slava - PT

RECEIVED
OCT 28 2009
NJM INS. CO.
A.C. PIP

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900, Fax: 718-998-9868**

## Physical Therapy Follow Up

_Patient: BaytsayevaRita. Date of visit: 3/30/2009

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-Lumbar/Thoracic.
**Subjective:** The patient complaines of difficulty with mobility. The patient reports persistent pain of 4/10.

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment include(s) the following:
 Supervised electrical stimulation applied for 20 min using:
        TENS mode.
Hot packs. Time 20 min.
Myofascial release.
 Neuromuscular reeducation performed that consists of
        posture aweamess. 97530
 Therapeutic exercises performed using
        UBE (program - manual), time - 6 min, level - 1.
Therapeutic exercises performed to impove strength and flexibility x 30 min. cervical exercise include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps - 12, sets - 2, holding time - 2sec). low back stretching using bilateral knee to the chest (reps - 12, sets - 1) and pelvis tilt (reps - 12, sets - 2).
 Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well. Patient was instructed to proper body mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned. ,

**Precautions:  Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 3/30/2009 at 1:59:14 PM by: Nestor, Slava - PT

RECEIVED

OCT 2 9 2009

NJM INS  CO
A.C. HP

Baytsayeva, Rita 2/23/2009 - 4651730                                    Marina Neystat MD

**Coordination:**
Posture is normal/erect (score = 0).
Pronation and supination of each hand is normal. (score = 0)
Finger-nose pointing test is normal. Heel to shin test is normal.
**Gait:**
Patient is able to walk with a normal gait (score = 0).
**Meningeal signs:**
Meningeal signs are negative. Brudzinski's sign negative. Kernig's sign negative.
**Abnormal involuntary movements:**
Abnormal involuntary movements are absent
**Musculoskeletal examination:**
Examination of the back reveals cervical and lumbar right and left paraspinal tenderness and muscle spasms.
Neck ROM shows normal flexion, normal extension, normal Rotation, normal Lat. Flexion.
Cervical compression test is negative.
Thorasic spine ROM within normal limits.
Range of motion: Lumbar sacral spine ROM shows decreased flexion, decreased extension, decreased R Tilt, decreased R Rotation.
All joints tested exhibit normal range of motion without pain.
Median nerve compression tests at the wrist are normal.
Ulnar nerve compression tests are normal.

**Impression:** Postconcussion syndrome. No evidence of partial complex events. Adjustment disorder with depression. Cervical radiculopathy. Lumbar radiculopathy vs right sciatic nerve injury.

**PLAN and ORDERS: Increase Lexapro to 10 mg po qd .Continue PT .**

**Tests:** EMG and nerve conduction studies lower extremeties. Ordered MRI of the L-S spine.
Physical therapist order to evaluate and treat patient 3 times a week for 4 weeks
Continue physical therapy treatment 3 times a week for 4 weeks

Return to the office in 1 month(s).
**Test Results Reviewed:**

**Tests Performed:** Needle electromyography performed on 2 extremities and related paraspinal areas. Performed: nerve conduction - amplitude and latency/velocity on each nerve; motor with F-wave study and including sensory.
Disability status: Patient

Is totally disabled.

Page: 3

RECEIVED
OCT 2 8 2009
NJM INS. CO
A.C. PIP

NJM INS. CO
A.C. P18

RECEIVED
OCT 28 2009

Note for Rita Baytsayeva on 3/23/2009 - Chart 4651730

**Advanced Medical Care, PLLC**
**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900, Fax: 718-998-9868**

## Physical Therapy Follow Up

**Patient: BaytsayevaRita. Date of visit: 3/23/2009**

Radiculipathy-Cervical (723.4* ) (Brachial neuritis or radiculitis) and Radiculopathy (724.4)-
Lumbar/Thoracic.
**Subjective:** The patient complaines of difficulty with mobility. The patient reports pain
exacerbation to 4-5/10 after some activities.

**Objective: Tenderness neck extensors, suboccipital area**
Physical therapy treatment include(s) the following:
 Supervised electrical stimulation applied for 20 min using:
      TENS mode.
Hot packs. Time 20 min.
Myofascial release.
 Neuromuscular reeducation performed that consists of
      posture awearness. 97530
Therapeutic exercises performed using
      UBE (program - manual), time - 6 min, level - 1.
Therapeutic exercises performed to impove strength and flexibility x 30 min. cervical exercise
include(s): ROM exercise flexion, extension, side flexion, rotation and shoulder shrugs (reps -
12, sets - 2, holding time - 2sec). low back stretching using bilateral knee to the chest (reps - 12,
sets - 1) and pelvis tilt (reps - 12, sets - 2).
 Applied ultrasound (time - 5 min, intensity - 1.5 W/cm.sq).

**Assessment:** Patient respond to the treatment well. Patient was instructed to proper body
mechanics and Patient was instructed for home excesise program.

**Plan:** Continue treatment as planned.

**Precautions: Universal.**

Additional Comments: ???

**Signature of attending Physical Therapist: Slava Nestor, PT**

Signed by _____ Nestor, Slava - PT
Digital Signature on 3/23/2009 at 4:04:07 PM by: Nestor, Slava - PT

Page: 1

Note for Rita Baytsayeva, female. DOB: 10/28/1961. Chart # 4651730

## Advanced Medical Care, PLLC

**1725 East 12th Street, Suite 501, Brooklyn, NY 11229**
**Telephone: 718-998-9900 Fax: 718-998-9868**

## Marina Neystat, MD
### Diplomate of American Board of Neurology & Psychiatry

# Neurology Follow up

**Patient: Baytsayeva, Rita, 10/28/1961, 4651730.DOA.01/04/2008. Date of visit: 4/2/2009**

**CHIEF COMPLAINT and HPI:** Patient present today reports that right leg pain is at the level of 7/10 with radiation to the right foot. Symptoms discribed as burning, sharp & moderate The present condition is associated with back stiffness. The following factors aggravates symptoms : bending & prolonged positioning. Neck pain & low back pain has been improved positioning. Pain is at the level of 6/10. Patient reports partial improvement with physical therapy. Intermittent vertigo has remained unchanged.
She continue c/o short term memory loss, confusion, inability to sleep. She continue having episodes of confusion and disorientation. She feels less anxious & headaches has been partial improved with lexapro. She is not working at the time..
**Patient was a pedestrian crossing the street and was hit by the car. She was working at the time.She hit her head, low back and shoulders.**
Prior diagnostic studies include(s):.
MRI: Brain reveals no evidence of disease. MRI of the L-Spine : Left paracentral herniation at L1-L2 with mild spinal stenosis. EMG & NCV LE : L5-S1 radiculopathy on the right.
**Past Medical History (PMH): Past medical history is unremarkable.**
**Past Surgical History (PSH): No previous surgeries.**
**Family History:** Patient/Guardian admits a family history of diabetes, arthritis mother.
**Medication History: Active: Lexapro -Imported- 10 mg Tablet (active); usage started on 2/23/2009 medication was prescribed by Neystat, Marina MD.**
**Allergies: Allergies: No known medical allergies.**
**Social History: Admits:Marital status:. single, Employment status:. currently unemployed. Denies:tobacco use, alcohol use.**
**Review of System: Respiratory:** (+) unremarkable, **Psychiatric:** (+) depression, **Neurological:** (+) numbness in hands, (+) tingling in hands, (+) weakness, (+) headache, **Musculoskeletal:** (+) arm pain, **Integumentary:** (+) unremarkable, **Hematologic / Lymphatic:** (+) unremarkable, **Genitourinary:** (+) unremarkable, **Gastrointestinal:** (+) unremarkable, **Eyes:** (+) blurred vision, **Endocrine:** (+) unremarkable, **Ears, Nose, Mouth, Throat:** (+) ringing in ears, **Constitutional Symptoms:** (+) sleep problems, (+) night sweats, (+) weight gain, **Cardiovascular:** (+) chest pain, **Allergic / Immunologic:** (+) unremarkable.

## EXAMINATION:

Page: 1

RECEIVED

OCT 2 8 2008

NJM INS. CO
A.C. P.P

**Vital Signs:** BP Sitting: 130/90 HR: 74

**General appearance:** Patient is a pleasant, 47 year old female in no apparent distress who looks her given age, is well-developed and nourished with good attention to hygiene and body habitus.

**Cardiovascular:** Cardiovascular and Peripheral Vascular: Heart auscultation reveals: normal S1 and S2 without murmurs, gallop, rubs or clicks, rhythm is regular. Peripheral pulses full to palpation, no varicosities, extremities warm with no edema or tenderness. Carotid pulses are palpated bilaterally and are symmetric, no bruits are auscultated over the carotid and vertebral arteries.

**Lungs:** Lungs clear to auscultation with no rubs, crackles or wheezing noted

**Abdomen:** Abdomen soft, nontender, bowel sounds present x 4 without palpable masses.

**ENT:** Inspection of ears reveals no abnormalities.

**Extremities exam:** Exam reveals no joints abnormalities. Tinel's sign is negative.

***Neurological Exam***

**Mental Status:**

Patient 's mood is anxious and depressed. Alert, awake, oriented to person, place and time. Immediate, recent and remote memory is intact, patient recalls 3 out of 3 objects at 3 and 5 minutes.

Stream of thought is spontaneous. Attention span and concentration is good. Patient awareness of current events, past history and vocabulary is good. Patient judgment and insight is good. Speech is normal. There was no aphasia or apraxia present. Patient does not exhibit abnormal or psychotic thoughts.

**Cranial Nerves:**

CN I (olfactory) exam: Test of smell reveals no abnormalities.

CN II (optic) -visual fields exam: Visual fields full to confrontation. Optic discs with normal color, contour and cupping bilaterally with no papilledema.

CN III, IV, VI exam: Pupils are equal round and reactive to direct and consensual light OU.

CN V (trigeminal) sensation exam: Facial sensation is intact in all three distributions of the trigeminal nerve; corneal reflexes normal bilaterally and muscles of mastication are intact and symmetric.

CN VII facial expression exam: Muscles of facial expression are intact and symmetric.

CN VIII hearing exam: Hearing is grossly normal. No nystagmus was noted. Hallpike's test reveals no nystagmus.

CN IX, X gag, speech, swallow exam: Able to taste in the posterior third of tongue. Gag reflex is intact bilaterally with symmetrical elevation of soft palate to phonation.

CN XI (spinal accessory) exam: Sternocleidomastoid and trapezius muscles are symmetric and 5/5 in strength.

CN XII (hypoglossal) exam: The tongue protrudes in the midline

**Motor:**

Muscle strength is 5/5 for all groups tested.

No atrophy is present in all muscles examined.

Muscle tone is normal.

Pronator drift test reveals same level maintained bilaterally.

**Reflexes:**

Right Achilles reflex is 1/4. Babinski reflex is absent

**Sensation:**

Touch, pin, vibratory and proprioception sensations are decreased in the lateral aspect of the right leg.

RECEIVED

OCT 28 2009

NJM INS. CO.
A.C. PIP

**Coordination:**
Posture is normal/erect (score = 0).
Pronation and supination of each hand is normal. (score = 0)
Finger-nose pointing test is normal. Heel to shin test is normal.
**Gait:**
Patient is able to walk with a normal gait (score = 0).
**Meningeal signs:**
Meningeal signs are negative. Brudzinski's sign negative. Kernig's sign negative.
**Abnormal involuntary movements:**
Abnormal involuntary movements are absent
**Musculoskeletal examination:**
Examination of the back reveals cervical and lumbar right and left paraspinal tenderness and muscle spasms.
Neck ROM shows normal flexion, normal extension, normal Rotation, normal Lat. Flexion.
Cervical compression test is negative.
Thorasic spine ROM within normal limits.
Range of motion: Lumbar sacral spine ROM shows decreased flexion, decreased extension, decreased R Tilt, decreased R Rotation.
All joints tested exhibit normal range of motion without pain.
Median nerve compression tests at the wrist are normal.
Ulnar nerve compression tests are normal.

**Impression:** Postconcussion syndrome. Adjustment disorder with depression. Cervical radiculopathy. Lumbar radiculopathy.

**PLAN and ORDERS: Continue PT, Lexapro 10 mg po qd . Start Lyrica & titrate slowly to 75mg po bid.**

**Tests:**
Continue physical therapy treatment 3 times a week for 4 weeks

Return to the office in 1 month(s).
**Test Results Reviewed:**

**Tests Performed:**
Disability status: Patient

Is totally disabled.

**Prescriptions:**
Rx: Lyrica- 25 mg Capsule, 3 tab po bid. Dispense: 180 . Refills: 3.

Signed by _____ Neystat, Marina - MD

Page: 3

RECEIVED

OCT 28 2009

NJM INS. CO
A.C. PIP

Baytsayeva, Rita 4/2/2009 - 4651730

Marina Neystat MD

Digital Signature on 4/4/2009 at 12:35:39 PM by: Neystat, Marina - MD

RECEIVED

OCT 2 8 2009

NJM INS. CO.
A.C. PIP

Note for Rita Baytsayeva, female. DOB: 10/28/1961. Chart # 4651730

## Advanced Medical Care, PLLC

1725 East 12th Street, Suite 501, Brooklyn, NY 11229
Telephone: 718-998-9900 Fax: 718-998-9868

## Marina Neystat, MD
### Diplomate of American Board of Neurology & Psychiatry

# Neurology Follow up

**Patient: Baytsayeva, Rita, 10/28/1961, 4651730 DOA.01/04/2008. Date of visit: 7/9/2009**

**CHIEF COMPLAINT and HPI:** Patient stated since last vivit she had a trial of epidural steroids injection. She states that was not helpful. At the present time she c/o low back pain radiating down her right leg, pain at the level of 7/10 with radiation to the right foot. Symptoms discribed as burning and sharp . The present condition is associated with back stiffness. The following factors aggravates symptoms : bending & prolonged positioning.
Neck pain have reoccured. Pain is at the level of 8/10. Patient reports partial improvement with physical therapy. Intermittent vertigo has remained unchanged.
She continue c/o short term memory loss, confusion, inability to sleep. She continue having episodes of confusion and disorientation. She feels less anxious & headaches has been partial improved with lyrica. She stopped lexapro for now. She is not working at the time..
Patient reports that her symptoms started since she was a pedestrian crossing the street and was hit by the car. She was working at the time.She hit her head, low back and shoulders.
Prior diagnostic studies include(s):.
MRI: Brain reveals no evidence of disease. MRI of the L-Spine : Left paracentral herniation at L1-L2 with mild spinal stenosis. EMG & NCV LE : L5-S1 radiculopathy on the right.
**Past Medical History (PMH): Past medical history is unremarkable.**
**Past Surgical History (PSH):** No previous surgeries.
**Family History:** Patient/Guardian admits a family history of diabetes, arthritis mother.
**Medication History: Active:, Lyrica -Imported- 25 mg Capsule (3 tab po bid) (active); usage started on 4/4/2009 and usage stopped on 4/4/2009 medication was prescribed by Neystat, Marina MD, Tramadol -Pain & Pyrexia Meds- 50 mg tablet (One PO BID PRN) (active).**
**Allergies: Allergies:** No known medical allergies.
**Social History: Admits:Marital status:, single,, Admits:Employment status:, currently unemployed,, Denies:tobacco use; Denies:alcohol use.**
**Review of System: Respiratory:** (+) unremarkable, **Psychiatric:** (+) depression, **Neurological:** (+) numbness in hands, (+) tingling in hands, (+) weakness, (+) headache, **Musculoskeletal:** (+) arm pain, **Integumentary:** (+) unremarkable, **Hematologic / Lymphatic:** (+) unremarkable, **Genitourinary:** (+) unremarkable, **Gastrointestinal:** (+) unremarkable, **Eyes:** (+) blurred vision, **Endocrine:** (+) unremarkable, **Ears, Nose, Mouth, Throat:** (+) ringing in ears, **Constitutional Symptoms:** (+) sleep problems, (+) night sweats, (+) weight gain,

RECEIVED
OCT 28 2009
NJM INS. CO.
A.C. PIP

8₽0/880⊠

Baytsayeva, Rita 7/9/2009 - 4651730          Marina Neystat MD

Signed by _____ Neystat, Marina - MD
Digital Signature on 7/9/2009 at 7:18:51 PM by: Neystat, Marina - MD

Page: 4

RECEIVED

OCT 2 8 2009

NJM INS. CO
A.C. PIP

**EAST MANHATTAN**
DIAGNOSTIC IMAGING, P.C.
*Radiologists Affiliated With Beth Israel Medical Center*

424 East 89th Street
New York, NY 10138
212-410-5100
Fax: 212-410-2500

## RADIOLOGY REPORT

| NAME | MR# | LOC | DOB | ACC |
|------|-----|-----|-----|-----|
| BAYTSAYEVA, RITA | | 98 | Oct-28-1961 | 948979 |

EXAM: MRI BRAIN WO & W CONTRAST

DATE OF EXAM: Feb-13-2009 Requesting MD: NEYSTAT, MARINA MD

---

Clinical indication: Post concussion syndrome

Technique: Examination consists of axial T1, T2, FLAIR and diffusion weighted images of the brain. Post gadolinium axial, sagittal and coronal T1 weighted images of the brain were included.

No prior studies are available for comparison.

Findings:
There are a few scattered punctate foci of increased T2 signal in the subcortical white matter, a nonspecific pattern which may be seen in a setting of chronic migraines, or which may represent early microvascular ischemic changes. The distribution is not typical for demyelinating disease.

There is no abnormal parenchymal or extraaxial enhancement. The ventricles and sulci are normal for age. The vascular flow voids are normal. There is no extra-axial collection. There is no evidence of recent infarct. There is no susceptibility artifact to suggest the presence of parenchymal calcifications or blood products. The pituitary gland is not enlarged. The cerebellar tonsils are in normal position.

The visualized paranasal sinuses and mastoid air cells are clear.

Impression:
Nonspecific mild white matter signal abnormalities as described above. Otherwise normal post contrast MRI of the brain.

RECEIVED

OCT 28 2009

NJM INS. CO.
A.C. PIP

App 2/23/09 12:45

**Sensation:**
Touch, pin, vibratory and proprioception sensations are decreased in the lateral aspect of the right leg.
**Coordination:**
Posture is normal/erect (score = 0).
Pronation and supination of each hand is normal. (score = 0)
Finger-nose pointing test is normal. Heel to shin test is normal.
**Gait:**
Patient is able to walk with a normal gait (score = 0).
**Meningeal signs:**
Meningeal signs are negative. Brudzinski's sign negative. Kernig's sign negative.
**Abnormal involuntary movements:**
Abnormal involuntary movements are absent
**Musculoskeletal examination:**
Examination of the back reveals cervical and lumbar right and left paraspinal tenderness and muscle spasms.
Neck ROM shows normal flexion, normal extension, normal Rotation, normal Lat. Flexion.
Cervical compression test is negative.
Thorasic spine ROM within normal limits.
Range of motion: Lumbar sacral spine ROM shows decreased flexion, decreased extension, decreased R Tilt, decreased R Rotation.
All joints tested exhibit normal range of motion without pain.
Median nerve compression tests at the wrist are normal.
Ulnar nerve compression tests are normal.

**Impression:** Postconcussion syndrome. Adjustment disorder with depression. Cervical radiculopathy. Lumbar radiculopathy severe exacerbation..

**PLAN and ORDERS: Restart PT, continue Lyrica 75mg po bid.**

**Tests:** Physical therapist was given orders to evaluate patients condition and treat accordingly.

Return to the office in 1 month(s).
**Test Results Reviewed:**

**Tests Performed:**
Disability status: Patient

Is totally disabled.

**Prescriptions:**
Rx: Lyrica- 25 mg Capsule, 3 tab po bid. Dispense: 180 . Refills: 3.

Page: 3

**Cardiovascular:** (+) chest pain, **Allergic / Immunologic:** (+) unremarkable.

## EXAMINATION:

**Vital Signs:** BP Sitting: 131/90 HR: 74 Height: 5 ft. 4.000 in. Weight: 193 lbs. BMI: 33
**General appearance:** Patient is a pleasant, 47 year old female in no apparent distress who looks her given age, is well-developed and nourished with good attention to hygiene and body habitus.
**Cardiovascular:** Cardiovascular and Peripheral Vascular: Heart auscultation reveals: normal S1 and S2 without murmurs, gallop, rubs or clicks, rhythm is regular. Peripheral pulses full to palpation, no varicosities, extremities warm with no edema or tenderness. Carotid pulses are palpated bilaterally and are symmetric, no bruits are auscultated over the carotid and vertebral arteries.
**Lungs:** Lungs clear to auscultation with no rubs, crackles or wheezing noted
**Abdomen:** Abdomen soft, nontender, bowel sounds present x 4 without palpable masses.
**ENT:** Inspection of ears reveals no abnormalities.
**Extremities exam:** Exam reveals no joints abnormalities. Tinel's sign is negative.
*Neurological Exam*
**Mental Status:**
Patient 's mood is anxious and depressed. Alert, awake, oriented to person, place and time.
Immediate, recent and remote memory is intact, patient recalls 3 out of 3 objects at 3 and 5 minutes.
Stream of thought is spontaneous. Attention span and concentration is good. Patient awareness of current events, past history and vocabulary is good. Patient judgment and insight is good.
Speech is normal. There was no aphasia or apraxia present. Patient does not exhibit abnormal or psychotic thoughts.
**Cranial Nerves:**
CN I (olfactory) exam: Test of smell reveals no abnormalities.
CN II (optic) -visual fields exam: Visual fields full to confrontation. Optic discs with normal color, contour and cupping bilaterally with no papilledema.
CN III, IV, VI exam:Pupils are equal round and reactive to direct and consensual light OU.
CN V (trigeminal) sensation exam: Facial sensation is intact in all three distributions of the trigeminal nerve; corneal reflexes normal bilaterally and muscles of mastication are intact and symmetric.
CN VII facial expression exam: Muscles of facial expression are intact and symmetric.
CN VIII hearing exam:Hearing is grossly normal. No nystagmus was noted. Hallpike's test reveals no nystagmus.
CN IX, X gag, speech, swallow exam: Able to taste in the posterior third of tongue. Gag reflex is intact bilaterally with symmetrical elevation of soft palate to phonation.
CN XI (spinal accessory) exam: Sternocleidomastoid and trapezius muscles are symmetric and 5/5 in strength.
CN XII (hypoglossal) exam: The tongue protrudes in the midline
**Motor:**
Muscle strength is 5/5 for all groups tested.
No atrophy is present in all muscles examined.
Muscle tone is normal.
Pronator drift test reveals same level maintained bilaterally.
**Reflexes:**
Right Achilles reflex is 1/4. Babinski reflex is absent

RECEIVED

OCT 2 8 2009

NJM INS. CO.
A.C. PIP

## EAST MANHATTAN
### DIAGNOSTIC IMAGING, P.C.
*Radiologists Affiliated With Beth Israel Medical Center*

424 East 89th Street
New York, NY 10128
212-410-5100
Fax: 212-410-2500

RADIOLOGY REPORT

Page 2

| NAME | MR# | LOC | DOB | ACC |
|---|---|---|---|---|
| BAYTSAYEVA, RITA | | 98 | Oct-28-1961 | 948979 |

EXAM: MRI BRAIN WO & W CONTRAST

DATE OF EXAM: Feb-13-2009 Requesting MD: NEYSTAT, MARINA MD

-------------------------------------------------------

Daniel Meltzer, MD (RAD)  /signed by/ Daniel Meltzer, MD (RAD)

Dictated on:
Transcribed on: Feb-13-2009  3:01 PM by Commisure Interface
  Finalized on: Feb-13-2009  3:01 PMby Commisure Interface

RECEIVED
OCT 28 2009
NJM INS CO
A.C. PIP

# MARINA NEYSTAT, M.D.
## Neurology

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Rita Baytsayeva | **DOB:** | 10/28/1961 | **Physician:** | M.Neystat,M.D. |
| **Sex:** | Female | **Height:** | | **Ref Phys:** | |
| **ID#:** | | **Weight:** | | **Technician:** | |

**LIMB TEMPERATURE:**
Limb temperature maintained above 32 C for upper extremities and 30 C for lower extremities.

**REASON FOR TEST:**
Rule out right sided lumbar radiculopathy versus right sciatic nerve injury.

**CHIEF COMPLAINTS:**
Patient is a 47 year old Female who presents with low back pain, right leg pain and burning sensation radiating down to the right foot, as well as back stiffness. These symptoms have been present for 1.5 month.

**PHYSICAL EXAM:**
Manual muscle testing revealed 5/5. DTR were 2+ and symmetric except right ankle reflex was decreased to 1+. Sensation testing revealed decreased light touch and pin prick in the lateral aspect of the right leg.

**EMG & NCV FINDINGS:**
Evaluation of the Right Tibial Motor nerve showed prolonged distal onset latency (5.5 ms). All remaining nerves (as indicated in the NCV tables) were within normal limits

All F Wave latencies were within normal limits. All F Wave left vs. right side latency differences were within normal limits. All H Reflex left vs. right side latency differences were within normal limits.

EMG needle evaluation of the Right MedGastroc and the Right LatGastroc showed increased Ins Act and moderately increased spontaneous activity. All remaining muscles (as indicated in the EMG scoring table) showed no evidence of electrical instability.

**IMPRESSIONS:**
The above electrodiagnostic study reveals evidence of lumbar L5 - S1 radiculopathy on the right.

Thank you for the courtesy of this referral.

Sincerely,

M.Neystat M.D.

RECEIVED

OCT 2 8 2009

NJM INS. CO
A.C. PIP

## Nerve Conduction Studies
### Motor Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Left Peroneal Motor (Ext Dig Brev) | | | | | | | | | | | |
| Ankle | | 2.7 | <5.5 | 4.1 | >2.5 | B Fib | Ankle | 7.0 | 34.0 | 48.6 | >40 |
| B Fib | | 9.7 | | 2.8 | | | | | | | |
| Right Peroneal Motor (Ext Dig Brev) | | | | | | | | | | | |
| Ankle | | 2.3 | <5.5 | 6.6 | >2.5 | B Fib | Ankle | 7.1 | 34.0 | 47.9 | >40 |
| B Fib | | 9.4 | | 5.2 | | | | | | | |
| Left Tibial Motor (Abd Hall Brev) | | | | | | | | | | | |
| Ankle | | 3.0 | <5.5 | 11.8 | >3 | Poplit | Ankle | 8.9 | 38.0 | 42.7 | >41 |
| Poplit | | 11.9 | | 1.4 | | | | | | | |
| Right Tibial Motor (Abd Hall Brev) | | | | | | | | | | | |
| Ankle | | 5.5 | <5.5 | 7.5 | >3 | Poplit | Ankle | 7.5 | 38.0 | 50.7 | >41 |
| Poplit | | 13.0 | | 2.5 | | | | | | | |

### Sensory Summary Table

| Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm P-T Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Left Sup Peron Sensory (Ant Lat Mall) | | | | | | | | | | | |
| Low Leg | | 2.7 | <4 | 7.7 | >5.0 | Low Leg | Ant Lat Mall | 3.1 | 14.0 | 45.2 | |
| Right Sup Peron Sensory (Ant Lat Mall) | | | | | | | | | | | |
| Low Leg | | 2.3 | <4 | 32.0 | >5.0 | Low Leg | Ant Lat Mall | 2.3 | 14.0 | 60.9 | |
| Left Sural Sensory (Lat Mall) | | | | | | | | | | | |
| Calf | | 2.7 | <3.3 | 11.4 | >5.0 | Calf | Lat Mall | 2.7 | 14.0 | 51.9 | >41 |
| Right Sural Sensory (Lat Mall) | | | | | | | | | | | |
| Calf | | 2.3 | <3.3 | 6.3 | >5.0 | Calf | Lat Mall | 2.3 | 14.0 | 60.9 | >41 |

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm | M-Lat (ms) | FLat-MLat (ms) |
|---|---|---|---|---|---|---|
| Left Peroneal (Mrkrs) (EDB) | | | | | | |
| | 44.10 | <60 | 2.76 | <4 | 2.84 | 41.26 |
| Right Peroneal (Mrkrs) (EDB) | | | | | | |
| | 46.86 | <60 | 2.76 | <4 | 2.84 | 44.02 |
| Left Tibial (Mrkrs) (Abd Halluels) | | | | | | |
| | 49.53 | <61 | 1.67 | <4 | 3.18 | 46.35 |
| Right Tibial (Mrkrs) (Abd Hallucis) | | | | | | |
| | 51.20 | <61 | 1.67 | <4 | 4.18 | 47.02 |

## H Reflex Studies

| NR | H-Lat (ms) | L-R H-Lat (ms) | L-R Lat Norm | M-Lat (ms) | HLat-MLat (ms) |
|---|---|---|---|---|---|
| Left Tibial (Gastroc) | | | | | |
| | 29.84 | 0.19 | <1.5 | 4.41 | 25.43 |
| Right Tibial (Gastroc) | | | | | |
| | 30.03 | 0.19 | <1.5 | 4.41 | 25.62 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | MedGastroc | Tibial | S1-2 | Inc | 0 | 2+ | Nml | Nml | Nml | Nml | Complete | |
| Right | LatGastroc | Tibial | S1-2 | Inc | 0 | 2+ | Nml | Nml | Nml | Nml | Complete | |
| Right | Peroneus Long | Sup Br Peron | L5-S1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | AntTibialis | Dp Br Peron | L4-5 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | VastusMed | Femoral | L2-4 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |

RECEIVED
OCT 2 8 2009
NJM INS. CO.
A.C. PIP

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | VastusLat | Femoral | L2-4 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Right | BicepsFemL | Sciatic | L5-S2 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Right | BicepsFemS | Sciatic | L5-S1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Left | MedGastroc | Tibial | S1-2 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Left | LatGastroc | Tibial | S1-2 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Left | Peroneus Long | Sup Br Peron | L5-S1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Left | AntTibialis | Dp Br Peron | L4-5 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Left | VastusMed | Femoral | L2-4 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Left | VastusLat | Femoral | L2-4 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Left | BicepsFemL | Sciatic | L5-S2 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Left | BicepsFemS | Sciatic | L5-S1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |

RECEIVED

OCT 2 8 2009

NJM INS. CO.
A.C. PIP

**Waveforms:**



RECEIVED

OCT 2 8 2009

NJM INS. CO
A.C. PIP



RECEIVED

OCT 28 2009

NJM INS. CO.
A.C. PIP

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )

COUNTY OF NEW YORK   ) ss.:

**TARA M. SACCARECCIA**, being duly sworn, deposes and says:  I am not a party of this action, I am over 18 years of age, and I reside in Valley Stream, New York.

That on December 30, 2010, I served the within **NOTICE OF MOTION, AFFIRMATION IN SUPPORT, MEMORANDUM OF LAW, and LOCAL 3 (g) STATEMENT** by mailing a copy to each of the following persons at the last known address set forth after each name below:

To:   Martin Druyan, Esq.            By Regular Mail and Fax to
      Attorney for Plaintiff         212-268-2127
      450 7th Avenue – Suite 704
      New York, New York 10123
      212-279-5577

_____
                                    TARA M. SACCARECCIA


STATE OF NEW YORK            )
COUNTY OF NEW YORK   ) ss.:

     On the 30th day of December in the year 2010 before me, the undersigned, a Notary Public in and for said State, personally appeared **TARA M. SACCARECCIA** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
                         NOTARY PUBLIC

JOHN M. DOWNING, JR.
Notary Public, State of New York
No. 00-00-00577
Qualified in Nassau County
Commission Expires January 27, 20 11